# EXHIBIT A

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) — RATING: DO: C9 — PAGE 1 OF 21 PAGES

2. CONTRACT (Proc. Inst. Ident.) NO.: MDA904-03-C-0259

3. EFFECTIVE DATE: 2003/09/26

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: LF0352520000

5. ISSUED BY — CODE: H98230
Buyer/Symbol: Walter Sokolis (DA322)
Maryland Procurement Office
9800 Savage Road (SAB3)
Fort George G. Meade, MD 20755-6604
Phone: (301)688-7292

6. ADMINISTERED BY (If other than Item 5) — CODE:

7. NAME AND ADDRESS OF CONTRACTOR (No., street, city, county, State and ZIP Code): 002828283
(410)467-3335
Attn: Robert Myers III
GILL-SIMPSON INC
2834 Loch Raven Road
Baltimore, MD 212184220

CODE 0XDD8 — FACILITY CODE

8. DELIVERY: ☐ FOB ORIGIN ☒ OTHER (See Below)

9. DISCOUNT FOR PROMPT PAYMENT: % Days Other: Net:30

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN: ITEM 12

11. SHIP TO/MARK FOR — CODE:
Maryland Procurement Office
1472 Dorsey Road
Door #1, 2, Or 3
Hanover, MD 21076
Invalid Phone
REF: MDA904-03-C-0259

12. PAYMENT WILL BE MADE BY — CODE: H98230
Finance and Accounting Office
P.O. Box 1685
Ft. Meade, Md 20755-6000
(410)854-7857

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☒ 10 U.S.C. 2304( C)( 6 ) ☐ 41 U.S.C. 253( )( )

14. ACCOUNTING AND APPROPRIATION DATA: See Section G.1

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| | This is a Firm-Fixed-Price Contract | | | | |

15G. TOTAL AMOUNT OF CONTRACT: $ 2,230,000.00

16. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 14 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COST | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | 3 | X | J | LIST OF ATTACHMENTS | 21 |
| X | D | PACKAGING AND MARKING | 3 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 3 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 4 | | L | INSTR., CONDS., AND NOTICES TO OFFERORS | |
| X | G | CONTRACT ADMINISTRATION DATA | 5 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 7 | | | | |


CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 3 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ AWARD (Contractor is not required to sign this document) Your offer on Solicitation Number ______ including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER (Type or print): RONALD N. MICHAEL III

20A. NAME OF CONTRACTING OFFICER: Walter Sokolis

19B. NAME OF CONTRACTOR: GILL-SIMPSON INC.
BY [signature] III V.P. (Signature of person authorized to sign)

19C. DATE SIGNED: 9/25/03

20B. UNITED STATES OF AMERICA
BY ______ (Signature of Contracting Officer)

20C. DATE SIGNED:

NSN 7540-01-152-8069
PREVIOUS EDITIONS NOT USABLE

Prescribed by GSA FAR(48 CFR) 53.214(c)

STANDA[RD]

EXHIBIT A

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | MDA904-03-C-0239/0000 | 2 | 21 |

NAME OF OFFEROR OR CONTRACTOR: GILL-SIMPSON INC

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | The Contractor shall provide all labor, equipment, materials, and supervision necessary to replace the existing fire alarm systems located in the OPS2A and OPS2B buildings.<br>Work shall be performed in accordance with the documents listed in Section C of this contract. .<br>Demolition of the existing systems will commence once the new systems have been tested, accepted, and are fully operational.<br>ACR: AA PR # LP0352530000 ITEM # 0001 | 1 | FJ | For The Job | $2,230,000.00 |
| 0002 | Contract Data Requirements List (CDRL) , not separately priced.<br>ACR: AA PR # LP0352530000 ITEM # 0001 | | ** | N.S.P. | |

## SECTION C -DESCRIPTION/SPECS./WORK STATEMENT

The supplies and/or services set forth in Section B shall comply with the following documents:

### C.1 DESCRIPTION

C.1 Replace OPS 2B Fire Alarm System Construction Specifications, dated 29 May 2003

C.2 Replace OPS 2A Fire Alarm System Construction Specifications, dated 11 July 2003

C.3 OPS 2B Drawings consecutively numbered from E-34253 through E-34313

C.4 OPS 2A Drawings consecutively numbered from E-34470 through E-34501

C.5 Contract Data Requirements List A001 through A004, dated 5 August 2003

C.6 Wage Decision for Building Construction, dated 13 June 2003

(End of Clause)

## SECTION D -PACKAGING AND MARKING

### D.1 352.247-9002 PACKAGING AND PACKING (JAN 1997)

Packaging and packing shall be in accordance with the Contractor's best commercial practice for domestic shipment to insure safe arrival at destination. Two copies of the packing slip shall be included with shipment.

(End of Clause)

### D.2 352.247-9003 MARKING AND DOCUMENTS (SEP 1994)

(a) All Contractor-generated technical reports shall bear the statement "Not Releasable to the Defense Technical Information Center per DoD Directive 3200.12."

(b) In addition to the above marking all unclassified technical reports, photographs, drawings, schematics, design circuits and description of equipment designed and/or produced under the contract shall be marked with the legend "DISTRIBUTION LIMITED TO U.S.GOVERNMENT AGENCIES ONLY, THIS DOCUMENT CONTAINS NSA INFORMATION (Applicable Date). REQUEST FOR THIS DOCUMENT MUST BE REFERRED TO THE DIRECTOR, NSA". Where SF Form 298 is required to accompany a document, the legend shall be entered in Block 12a thereof.

(c) The contractor shall be responsible for inserting the appropriate application date in the aforementioned legend. This date shall be the date upon which the document was completed.

(End of Clause)

## SECTION E -INSPECTION AND ACCEPTANCE

### E.1 REFERENCED CLAUSES

The following contract clause(s) pertinent to this section is/are hereby incorporated

| CLAUSE NO. | TITLE |
|---|---|
| 52.246-12 | INSPECTION OF CONSTRUCTIONn (AUG 1996) |

### E.2 352.232-9010 CONSTRUCTIVE ACCEPTANCE - SUPPLIES (OCT 1993)

Due to the nature of supplies being accepted, inspection and testing requirements, shipping and acceptance terms, resources available for acceptance, or other factors relevant to this contract, acceptance of supplies required herein shall be deemed to have occurred constructively on the 7th calendar day after delivery for the purpose of determining the payment due date and computing Government interest payments pursuant to the Prompt Payment clause at 52.232-25.

(End of Clause)

**SECTION E - INSPECTION AND ACCEPTANCE**

**E.3 352.246-9001 INSPECTION AND ACCEPTANCE AT DESTINATION (APR 1989)**

Inspection and acceptance will be performed at destination by the Contracting Officer or duly authorized Agency personnel.

(End of Clause)

**E.4 352.246-9003 NOTICE: MATERIAL AND WORKMANSHIP (JUL 1999)**

All material incorporated in the work shall be new and the work shall be performed in a skillful and workman like efficient manner. Both materials and workmanship shall be subject to the inspection of the Contracting Officer or his duly authorized representative who may require the Contractor to correct defective workmanship or materials without cost to the Government, unless the contract specifies otherwise.

(End of Clause)

**SECTION F - DELIVERIES OR PERFORMANCE**

**F.1 52.211-10 COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984)**

The Contractor shall be required to (a) commence work under this contract within 10 calendar days after the date the Contractor receives the notice to proceed, (b) prosecute the work diligently, and (c) complete the entire work 357 calendar days after receipt of the Notice To Proceed. The time stated for completion shall include final cleanup of the premises.

(End of Clause)

**F.2 352.211-9000 DELIVERIES (APR 1989)**

(a) The supplies called for herein shall be delivered in accordance with the applicable Time of Delivery clause.

(b) Offeror is notified that required delivery date is effective as of the date of the contract (date of award or acceptance document); accordingly, the delivery schedule must be expressed in terms of a specified number of calendar days after the date of the award (acceptance) document. An acceptance of proposal mailed (or otherwise furnished) to the successful offeror results in a binding contract. Therefore, in determining the time available for delivery the offeror should take into consideration the time required for the notice of award (acceptance) to arrive through the ordinary mails.

(End of Clause)

**F.3 352.215-9009 PLACE OF PERFORMANCE (OCT 1993)**

Unless the written approval of the Contracting Officer is obtained in advance, the work herein shall not be performed at any facility other than the following locations:

OPS2A and OPS2B buildings
Fort George G. Meade, Md.

(End of Clause)

SECTION F - DELIVERIES OR PERFORMANCE

F.4 352.247-9000 NOTICE: F.O.B. DESTINATION (OCT 1993)

Supplies shall be shipped F.O.B. destination with delivery service required to the consignee's receiving dock.

(End of Clause)

SECTION G - CONTRACT ADMINISTRATION DATA

G.1 ACCOUNTING AND APPROPRIATION DATA

ACR:AA
PR#LF0352520000
AA 9730100.4500 531151 540-2540 S18119 LFF1 C278LF 0000 LF52 FJ01

OBLIGATED: $2,230,000.00

G.2 352.219-9001 NOTICE: CONTRACTOR'S SUBCONTRACTING PLAN (OCT 1993)

Contractor's Subcontracting Plan dated is hereby incorporated in the contract by reference. Reports are to be submitted in accordance with the Contract Clause entitled "Small Business and Small Disadvantaged Business Subcontracting Plan, FAR 52.219-9", paragraph (d)(10).

(End of Clause)

G.3 352.229-9000 NOTICE OF TAXATION (SEP 1994)

The Contractor shall provide the Contracting Officer with written notice of any proposed tax assessments, exemptions, exclusions or refunds which would increase or decrease costs or liabilities to the contractor and/or the Government. The notice shall be submitted in sufficient time to provide the Government a meaningful opportunity to assert its immunity, participate in negotiations or litigation with the taxing authority concerning the applicability of the tax, and/or adjust the parties' liability for costs according to the increase or decrease in tax.

(End of Clause)

G.4 352.229-9001 CONTRACTOR LIABILITY FOR STATE AND LOCAL TAXES (SEP 1994)

Generally, the contractor is liable for payment of state or local taxes on this contract to the same extent that it would be liable for such taxes on a contract with a nongovernment entity. Although it may be useful for the contractor to inform the taxing authorities that the Maryland Procurement Office (MPO) is a federal government agency, this fact alone does not in and of itself create a tax exemption for the contractor. While some transactions undertaken by the contractor pursuant to this contract may be exempt from a state or local tax, it is the Contractor's responsibility to identify such exemption under the applicable statute, and to resolve the applicability of such with state or local taxing authorities.

(End of Clause)

G.5 352.232-9000 NOTICE OF PROMPT PAYMENT ACT APPLICABILITY (OCT 1993)

This contract is subject to the Prompt Payment Act, Public Law 97-177, as amended.

(End of Clause)

SECTION G - CONTRACT ADMINISTRATION DATA

G.6 352.232-9016 INVOICING AND PAYMENT (MAY 2002)

a. Invoices shall be submitted to:

✓1. CONTRACTS - ACCOUNTS PAYABLE
Finance and Accounting Office
P.O. Box 400 (MDA904-03-C-0259)
Fort George G. Meade, MD 20755-6000

AND

✓2. National Security Agency
9800 Savage Road,
Fort George G. Meade, MD 20755-6000
ATTN: LF52 (Ed Naab-Suite 6601 )

b. At a minimum, invoices must contain the following:

✓1. Name and address of the contractor.
✓2. Invoice date.
✓3. Contract number for supplies delivered or services performed (if award is a delivery or job order, ensure entire contract number - basic award and order number - is included)
✓4. Description, quantities and prices must be described exactly as shown on the contract (if delineated in the contract).
✓5. Name, title, phone number and mailing address of person to be notified in the event of a defective invoice.

c. Electronically transmitted invoices will only be accepted after coordination with the Payment and Electronic Commerce Systems branch at (410) 854-7631.

d. The contract number must be clearly marked on the outside of the shipping container.

e. Questions regarding payment shall be directed to the Finance and Accounting Office at (410) 854-7540.

f. The contractor is authorized to invoice in accordance with the payments clause listed in Section I of this contract.

✓g. The Contracting Officer's Representative (COR) is required to review and approve invoices as part of the payment process. Therefore, prominently mark all envelopes which contain invoice copies "INVOICE ENCLOSED" for CORs in order to ensure timely payment.

(End of Clause)

G.7 352.235-9003 NOTICE: CHANGES AND CHANGED CONDITIONS (OCT 1993)

(a) The Contracting Officer may, in writing, order changes in the drawings and specifications within the general scope of the contract.

(b) The Contractor shall promptly notify the Contracting Officer in writing of subsurface or latent physical conditions differing materially from those indicated in this contract or unknown unusual physical conditions at the site, before proceeding further with the work.

(c) If changes under (a) or conditions under (b) increase or decrease the cost or time required for performing the work, upon assertion of a claim by the Contractor before final payment under the contract, a written equitable adjustment shall be made; except that no adjustment shall be made unless the notice required therein was given or unless the Contracting Officer waives the requirement therefore. If the adjustment cannot be agreed upon, the dispute shall be decided pursuant to the "Disputes Clause".

(End of Clause)

G.8 352.242-9000 CONTRACTING OFFICER'S REPRESENTATIVE (OCT 1993)

(a) The Contracting Officer may appoint one or more Government employees as Contracting Officer's Representatives (COR) for technical purposes applicable to this contract. "Technical" is restricted to scientific, engineering, or field-of-discipline matters directly applicable to the work performed by the Contractor under the requirements of this contract.

(b) The appointment(s) will be in writing, signed by the Contracting Officer, and will set forth the authority granted to and the limitations on the COR. Two copies of the letter of appointment will be provided

SECTION G - CONTRACT ADMINISTRATION DATA

to the Contractor who shall acknowledge receipt of the appointment by immediately signing and returning one copy of the letter. Such signing shall represent the Contractor's acknowledgement of the limited authority of the COR.

(c) Appointments may be changed or revoked by the Contracting Officer. The Contracting Officer will notify the Contractor, in writing, of any such changes or revocations.

(End of Clause)

G.9 352.242-9001 CONTRACT ADMINISTRATION DATA (OCT 1983) - ALTERNATE II (OCT 1983)

The Procuring Contracting Officer will retain all administration functions under this Purchase Order.

(End of Clause)

SECTION H - SPECIAL CONTRACT REQUIREMENTS

H.1 352.204-9001 DISCLOSURE OF INFORMATION - CONTRACT (SEP 1998)

(a) DFARS 252.204-7000 and this clause shall govern any disclosure of information regarding this contract. In using information authorized by this clause, the contractor (i) shall not disclose any information concerning the sponsorship of this contract, or (ii) the nature of the Government's interest in and application of the subject matter of this contract unless this type of information is expressly allowed to be disclosed by paragraph (b) and/or (c) below, or by written approval of the cognizant Contracting Officer.

(b) The information listed below may be disclosed in proposals to United States Government Agencies in response to requests for past performance assessments: When this information is completed at time of contract award, the document shall be marked "FOR OFFICIAL USE ONLY." If any of the information that follows changes in your disclosure, the Contracting Officer must be notified in writing of the change.

CONTRACT NUMBER: (complete at award) ____________
CONTRACT TYPE: (complete at award) ____________
AWARD DATE: (complete at award) ____________
GOVERNMENT CONTRACTING ACTIVITY:
MARYLAND PROCUREMENT OFFICE
9800 SAVAGE ROAD
FORT GEORGE G. MEADE, MD 20755-6000
ORIGINAL CONTRACT VALUE: (complete at award) ____________
CURRENT OR COMPLETED CONTRACT VALUE: (contractor may update) ____________
PERIOD OF PERFORMANCE: from: (complete at award) ________ to: (contractor may update) ______
COMPETITIVE/NONCOMPETITIVE/FOLLOW-ON (circle, underline or highlight appropriate description)
PROGRAM TITLE: (complete at award) ____________
CONTRACT EFFORT DESCRIPTION: (unclassified - as provided in solicitation package and completed as part of the award document)
PLACE OF PERFORMANCE: (complete at award) ____________
POINTS OF CONTACT/PHONE NUMBER:
CONTRACTING OFFICER: (complete at award) (contractor may update) ____________
PROGRAM MANAGER: (complete at award) (contractor may update) ____________

(c) For additional disclosures which require specific prior approval by the Contracting Officer, once authorization to use any specific information has been approved by the Contracting Officer, the contractor is authorized to reuse such specific information without obtaining additional authorizations from the Contracting Officer. The contractor shall maintain a log of the additional uses and submit a copy of the log to the Contracting Officer when each additional disclosure is made.

(End of Clause)

H.2 352.204-9010 NOTICE: CONTRACT ADMINISTRATION AND CLOSEOUT GUIDANCE (JUL 2001)

The following guidance is provided for your use in administering and closing out the contract. When the contract is complete, the contractor shall initiate final accounting and disposition. This shall be done in accordance with the following instructions. If a portion of the instructions are not applicable to this contract, then disregard that portion.

SECTION H - SPECIAL CONTRACT REQUIREMENTS

(a) Government Furnished Property/Documents

(1) The cognizant property administration office (Defense Contract Management Command (DCMC) and/or Office of Naval Research (ONR) is designated to administer the maintenance by the contractor of official Government Property Records for all Government property/documents. See Section G - Contract Administration Data for the cognizant office for this contract.

(2) The contractor shall sign (1) copy of the shipping or inspection document acknowledging receipt of property/documents and forward same to the designated property administrator.

(3) At the end of the contract, the contractor shall submit the Government Furnished Property/Documents Inventory Schedule, requesting disposition, to the cognizant office. The cognizant property administration office shall then obtain the disposition instructions from the contracting Officer's Representative (COR), and they will forward them to the contractor. The contractor shall provide the cognizant office with a declaration that all Government furnished property/documents have been accounted for or expended (disposition is complete) in the performance of the contract. The cognizant property administration office will provide the Maryland Procurement Office (MPO) and the COR with the appropriate releases.

(b) Contractor Acquired Property. At the end of the contract, the contractor shall submit the Contractor Acquired Property list, requesting disposition, to the cognizant property administration office. This office will then obtain the disposition instructions from the COR, and then will forward them to the contractor. The contractor shall provide the cognizant office with a declaration that Contractor Acquired Property has been dispositioned as requested. The cognizant property administration office will provide the MPO and the COR with the appropriate releases.

(c) Plant Clearance. The cognizant property administration office is automatically delegated plant clearance procedures.

(d) Classified Material/Documents (DD254 on the contract). The disposition/retention action of classified holding should be initiated pursuant to paragraphs 5.1 and 5.m of the Industrial Security Manual. The inventory, shall be submitted to the Director, NSA/CSS, ATTN:____ (the applicable COR with office designator), 9800 Savage Road, Ft. George G. Meade, Maryland 20755-6000. After compliance with the COR's disposition instructions, the contractor shall submit evidence of compliance, certified by the CSSO, to the MPO (ATTN: DA3__ (Contracting Officer's name), Maryland Procurement Office, 9800 Savage Road, Fort George G. Meade, MD 20755-6000), with a courtesy copy to Q13 and the COR.

(e) Report of Inventions and Subcontracts (Form DD882). Pursuant to the Patent Rights Clause of this contract, the contractor shall submit the DD Form 882 to the Director, NSA/CSS, ATTN:_____(the applicable COR with office designator), 9800 Savage Road, Ft. George G. Meade, Maryland 20755-6000, with a courtesy copy to the MPO (ATTN: DA3__(Contracting Officer's name), Maryland Procurement Office, 9800 Savage Road, Fort George G. Meade, MD 20755-6000).

(f) Final Payment

(1) For contracts requiring final DCAA audit, the contractor shall submit the final voucher with release and assignment documentation to the cognizant Defense Contract Audit Agency (DCAA) office for processing in accordance with FAR 4.804 (within 180 days).

(2) For all contracts not requiring final DCAA audit, the contractor shall submit the final invoice, DD250, to the COR for processing.

(g) Contract Data Requirements List (CDRL) - DD Form 1423. If not previously provided to the COR, the contractor shall provide the COR with status of the documentation for final resolution. This shall be submitted to the Director, NSA/CSS, ATTN:_____ (the applicable COR with the office designator), 9800 Savage Road, Ft. George G. Meade, Maryland 20755-6000, with a courtesy copy to the MPO (ATTN: DA3__(Contracting Officer's name), Maryland Procurement Office, 9800 Savage Road, Fort George G. Meade, MD 20755-6000).

(h) Quick Closeout.

(1) The contractor shall review the contract for applicability of the Quick Close Out Procedures, in accordance with the FAR 42.708, and determine if this method applies. If applicable, the contractor may request, in writing, Quick Close Out authorization from the CO.

(2) The MPO will authorize Quick Closeout Procedures, if applicable. The Contractor shall then submit a copy of the letter, the final voucher, etc., directly to the cognizant DCAA office (see Section G).

(End of Clause)

SECTION H - SPECIAL CONTRACT REQUIREMENTS

H.3 352.211-9002 NOTICE : GOVERNMENT CLOSURES (DEC 1997)

(a)(1) Government Holidays:

New Year's Day - 1 January
Martin Luther King, Jr.'s Birthday - 3rd Monday in January
President's Day - 3rd Monday in February
Memorial Day - Last Monday in May
Independence Day - 4 July
Labor Day - 1st Monday in September
Columbus Day - 2nd Monday in October
Veteran's Day - 11 November
Thanksgiving Day - 4th Thursday in November
Christmas Day - 25 December

(2) Any other day designated by Federal Statute, Executive Order or a Presidential proclamation.

(3) When a holiday falls on a Sunday, the following Monday will be observed as a legal holiday. When a holiday falls on a Saturday, the preceding Friday is observed as a holiday by U.S. Government Agencies.

(4) Unless authorized by the Contracting Officer or his duly authorized representative, the contractor shall not work UNDER MPO CONTRACT at any government facility on any holiday listed above nor should any deliveries under this contract be made to an any government facility on those days.

(5) The amounts in Section B of the contract include an allowance for holidays to be observed; and, accordingly, the government will not be billed for such holidays, except when services are required by the government and are actually performed on a holiday.

(b) Administrative leave:

(1) When the Government grants administrative leave to employees as a result of inclement weather, potentially hazardous conditions, or other special circumstances, contractor personnel working at the specific facility/location granted administrative leave shall also be dismissed. However, the contractor shall provide sufficient on-site personnel to perform the requirements of critical work already in process, if instructed by the Contracting Officer or duly authorized representative.

(2) On-site personnel working on this contract shall not be granted access to Agency installations during closure situations unless they are designated as emergency or essential personnel required to perform the requirements of critical work already in process, or are otherwise instructed by the Contracting Officer or duly authorized representative. On-site personnel at another government facility shall only be granted access under terms agreed to with that Agency.

(c) Except for emergency situations or when instructed by the Contracting Officer or duly authorized representative, the costs associated with the period of any such Agency closure shall not be a direct reimbursable cost under this contract. If authorized in accordance with the contractor's normal accounting procedures, these costs MAY be reimbursable as an indirect cost using established indirect cost pools.

(End of Clause)

H.4 352.215-9000 NOTICE: INCORPORATION OF SECTION K BY REFERENCE (AUG 1998)

In accordance with FAR 15.204-1(b), Part IV of the Uniform Contract Format shall not be physically included in the contract, but Section K, Representations, Certifications, and Other Statements of Offerors (as completed by the Contractor) shall be deemed incorporated by reference in the contract.

(End of Clause)

H.5 352.215-9016 NOTICE: SUBMISSION OF PAYROLL DATA IN SUPPORT OF NEGOTIATIONS FOR CONTRACT PRICE ADJUSTMENT (OCT 1993)

Contractor payrolls shall be provided to the Contracting Officer when requested, as part of the supporting data that will be utilized by the Government when contract negotiations are conducted:

(a) under the applicable "Changes" clause, or

(b) under FAR 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustments (Multiple Year and Option Contracts) or FAR 52.222-44, Fair Labor Standards Act and Service Contract Act -- Price Adjustments.

All payrolls submitted by the Contract may be marked "Proprietary" and will not be disclosed to anyone outside the Government.

SECTION H - SPECIAL CONTRACT REQUIREMENTS

(End of Clause)

H.6 352.222-9000 NOTICE: RATES OF WAGES (APR 1989)

(a) The minimum wages to be paid laborers and mechanics on this project, as determined by the Secretary of Labor to be prevailing for the corresponding classes of laborers and mechanics employed on projects of a character similar to the contract work in their pertinent locality, are set forth in the attached Decision MD030021, dated 13 June 2003

(b) Any class of laborers and mechanics not listed on the aforementioned decision employed on this contract shall be classified or reclassified conformable to the decision by mutual agreement between the Contractor and class of labor concerned, subject to the prior approval of the Contracting Officer. In the event the interested parties cannot agree on the classification of laborers and mechanics to be used, the questioned classification(s), accompanied by the recommendations of the Contracting Officer, shall be referred to the Secretary of Labor for final determination.

(End of Clause)

H.7 352.228-9001 NOTICE: PERFORMANCE AND PAYMENT BONDS (OCT 1993)

Pursuant to the Miller Act, as amended (40 U.S.C. 270 a-270 f) in connection with any contract, the Contractor shall be required to furnish performance and payment bonds with good and sufficient surety or sureties acceptable to the Government for the protection of persons furnishing labor and material in connection with the performance of work under this agreement on U.S. Standard Form 25 and 25a, respectively. The penal sum of such performance and payment bonds shall be as follows:

(a) Performance Bonds

(1) The penal amount of performance bonds shall be 100 percent of the original contract price, unless the Contracting Officer determines that a lesser amount would be adequate for the protection of the Government.

(2) The Government may require additional performance bond protection when a contract price is increased. The increase in protection shall equal 100 percent of the increase in contract price. The Government may secure additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(b) Payment Bonds

(1) The penal amount of payment bonds shall equal -

(i) 50 percent of the contract price if the contract price is not more than $1 million;

(ii) 40 percent of the contract price if the contract price is more than $1 million but not more than $5 million;

(iii) $2 1/2 million if the contract price is more then $5 million.

(2) If the original contract price is $5 million or less, the Government may require additional protection if the contract price is increased. The penal amount of the total protection as revised shall meet the requirement of subparagraph (1) immediately above.

(3) The Government shall secure additional protection by directing the Contractor to increase the penal sum of the existing bond or to obtain an additional bond.

NOTE: The contract threshold for Miller Act Performance and Payment bonds is $25,000.00.

(End of Clause)

H.8 352.228-9002 NOTICE : INSURANCE - WORK ON A GOVERNMENT INSTALLATION (AUG 1996)

(a) In accordance with FAR 28.307-2 the contractor shall at his own expense, procure and maintain during the entire performance period of this contract insurance of at least the kinds and minimum amounts set forth below:

SECTION H - SPECIAL CONTRACT REQUIREMENTS

Worker's Compensation and Employer's
Liability Insurance..............................$100,000

General Liability Insurance:
For Bodily Injury Liability -
Minimum Per Occurrence.........................$500,000

Automobile Liability Insurance:
Minimum Per Person.............................$200,000
Minimum Per Occurrence for Bodily Injury.......$500,000
Minimum Per Occurrence for Property Damage......$20,000

(b) Prior to the commencement of work hereunder, the Contractor shall furnish to the Contracting Officer a written statement of the above required insurance. The policies evidencing required insurance shall contain an endorsement to the effect that cancellation or any material change in the policies adversely affecting the interest of the Government in such insurance shall not be effective for such period as may be prescribed by the laws of the State in which this contract is to be performed and in no event less than thirty (30) days after written notice thereof to the Contracting Officer.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in all first-tier subcontracts hereunder. The contractor shall furnish (or ensure that there has been furnished) to the Contracting Officer a current Certificate of Insurance, meeting the requirements of (b) above, for each such first-tier subcontractor, at least five (5) days prior to entry of each such subcontractor's personnel on the Government installation.

(End of Clause)

H.9 352.236-9004 GENERAL SECURITY PROVISIONS (OCT 1983)

(a) Storage: The contractor will not be permitted to store supplies or equipment within twenty feet of existing buildings or security fences.

(b) Photograph: No photographing of construction or of existing buildings, or of any facility or feature adjacent thereto, will be permitted.

(c) The Government reserves the right to exclude or remove from the project site any employee of the contractor or subcontractor, as the Government deems incompetent, careless, insubordinate, or otherwise objectionable or whose continued employment on the work is deemed by the Government to be contrary to public interests.

(d) During construction, the Government may desire to maintain security surveillance of the construction site. This surveillance could include radio controlled vehicular patrols, sentries, maintaining visual coverage of the site and illumination of the construction site. The purpose of such surveillance is to provide adequate security for using Agency buildings and facilities by precluding unauthorized access. The security protection is not designed to preclude the pilferage of building supplies and equipment, nor can the Government be responsible for such losses.

(e) Removal and Disposal of Debris: All material resulting from demolition, alteration, etc., shall remain the property of the Government, therefore, the contractor shall exercise reasonable care during removal. Also contractor shall assure that sidewalks, passage areas, roads, alleys and entrance/exit to buildings shall at all times be kept in a safe manner by installing safety rails, barriers (personnel and dust).

(End of Provision)

H.10 352.242-9004 CONTRACTOR PARTICIPATION IN CONTRACTOR PERFORMANCE EVALUATION ASSESSMENTS - CONTRACT (FEB 2000)

This contract will be subject to periodic Contractor Performance Evaluation Assessments. In accordance with FAR 42.1502, the Maryland Procurement Office maintains a database on Contractor past performance applicable to all contracts over $1,000,000. Information on the performance of this contract will be maintained in the database and updated on a yearly basis (if contract period of performance exceeds one year) and at completion of the contract. The Contractor's participation in this process, in terms of review of the Contractor Performance Evaluation Assessment form, shall not cause an increase in the estimated cost/price of this contract.

(End of Clause)

SECTION H - SPECIAL CONTRACT REQUIREMENTS

H.14 352.290-9009 GOVERNMENT-CONTRACTOR RELATIONS: CONTRACTOR IDENTIFICATION (MAR 2002)

(a) The Government and the Contractor understand and agree that the services to be delivered under this contract by the Contractor to the Government are non-personal services and the parties recognize and agree that no employer-employee relationship exist or will exist under the contract between the Government and the Contractor's employees. It is therefore, in the best interest of the Government to afford both parties a full understanding of their respective obligations.

(b) Contractor personnel under this contract shall not:

(1) Be placed in a position where they are under the supervision, direction, or evaluation of a Government employee.

(2) Be placed in a position of command, supervision, administration or control over Government personnel, or over personnel of other Contractors under other MPO contracts, or become a part of the Government organization.

(3) Be used for the purpose of avoiding manpower ceilings or other personnel rules and regulations of DoD or the Federal Government.

(4) Be used in administration or supervision of Government procurement activities.

(c) Employee Relationship: The services to be performed under this contract do not require the Contractor or his/her personal judgment and discretion on behalf of the Government. Rather the Contractor's personnel will act and exercise personal judgment and discretion on behalf of the Contractor.

(d) Inapplicability of Employee Benefits: This contract does not create an employer-employee relationship. Accordingly, entitlements and benefits applicable to such relationships do not apply. The entire consideration and benefits to the Contractor for performance of this contract are contained in the provisions for payment under this contract.

(e) Contractor employees shall be clearly identifiable while on Government property or when otherwise representing the Government. At a minimum, Contractor personnel attending meetings, answering telephones, sending e-mail, and working in other situations where their Contractor status is not obvious to the Government and/or third parties are required to identify themselves as Contractor employees. Also, all documents or reports produced by Contractor personnel to be delivered to Government must be suitably marked as Contractor products to ensure that Contractor participation is appropriately disclosed.

(f) Notice. It is the Contractor's, as well as the Government's responsibility to monitor contract activities and notify the Contracting Officer if the Contractor believes that the intent of this clause has been or may be violated. The following procedures will be used:

(1) The Contractor shall notify the Contracting Officer in writing promptly, within _____ (to be negotiated) calendar days from the date of any incident that the Contractor considers to constitute a violation of this clause. The notice shall include the date, nature, and circumstance of the conduct, the name, function, and activity of each government employee or Contractor official or employee involved or knowledgeable about such conduct, identify any documents or substance of any oral communication involved in the contact, and the estimate in time by which the Government shall respond to this notice to minimize cost, delay or disruption of performance.

(2) The Contracting Officer shall promptly, within _____ (to be negotiated) calendar days after receipt of notice, respond to the notice in writing. In responding the Contracting Officer shall either:

(i) Confirm that the conduct is in violation and when necessary direct the mode of further performance;

(ii) Countermand any communication regarded as a violation;

(iii) Deny that the conduct constitutes a violation and when necessary direct the mode of further performance; or

(iv) In the event the notice is inadequate to make a decision, advise the Contractor what additional information is required, and establish the date by which it should be furnished by the Contractor and the date thereafter by which the Government will respond.

(v) This notice does not constitute a claim and resolution will not result in any increase to the price/cost of this contract.

(g) The Contractor shall ensure that all of their personnel working in Government facilities are knowledgeable of the content of this clause. The Contractor shall ensure that all of their personnel working in Government facilities are knowledgeable of their reporting responsibilities under this clause.

SECTION H - SPECIAL CONTRACT REQUIREMENTS

(End of Clause)

SECTION I - CONTRACT CLAUSES

I.1 REFERENCED CLAUSES

The following contract clause(s) pertinent to this section is/are hereby incorporated

| CLAUSE NO. | TITLE |
|---|---|
| 52.202-01 | DEFINITIONS (DEC 2001) |
| 52.202-01 | DEFINITIONS (DEC 2001) - ALTERNATE I (MAY 2001) |
| 52.203-03 | GRATUITIES (APR 1984) |
| 52.203-05 | COVENANT AGAINST CONTINGENT FEES (APR 1984 ) |
| 52.203-07 | ANTI-KICKBACK PROCEDURES (JUL 1995) |
| 52.203-08 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 52.204-04 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER (AUG 2000) |
| 52.209-06 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995) |
| 52.211-15 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS (SEP 1990) |
| 52.215-08 | ORDER OF PRECEDENCE - UNIFORM CONTRACT FORMAT (OCT 1997) |
| 52.216-07 | ALLOWABLE COST AND PAYMENT (FEB 2002) - ALTERNATE I (FEB 1997) |
| 52.219-08 | UTILIZATION OF SMALL BUSINESS CONCERNS (OCT 2000) |
| 52.222-06 | DAVIS-BACON ACT (FEB 1995) |
| 52.222-07 | WITHHOLDING OF FUNDS (FEB 1988) |
| 52.222-08 | PAYROLLS AND BASIC RECORDS (FEB 1988) |
| 52.222-09 | APPRENTICES AND TRAINEES (FEB 1988) |
| 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988) |
| 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) (FEB 1988) |
| 52.222-12 | CONTRACT TERMINATION-DEBARMENT (FEB 1988) |
| 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988) |
| 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (FEB 1988) |
| 52.222-15 | CERTIFICATION OF ELIGIBILITY (FEB 1988) |
| 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999) |
| 52.222-35 | EQUAL OPPORTUNITY FOR SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) |
| 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) - ALTERNATE I (JUN 1998) |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS, VETERANS OF THE VIETNAM ERA, AND OTHER ELIGIBLE VETERANS (DEC 2001) |
| 52.225-05 | TRADE AGREEMENTS (NOV 2002) |
| 52.232-17 | INTEREST (JUN 1996) |
| 52.232-23 | ASSIGNMENT OF CLAIMS (JAN 1986) |
| 52.232-25 | PROMPT PAYMENT (FEB 2002) ALTERNATE I (FEB 2002) |
| 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (FEB 2002) |
| 52.233-03 | PROTEST AFTER AWARD (AUG 1996) |
| 52.236-02 | DIFFERING SITE CONDITIONS (APR 1984) |
| 52.236-03 | SITE INVESTIGATION AND CONDITIONS AFFECTING WORK (APR 1984) |
| 52.236-05 | MATERIAL AND WORKMANSHIP (APR 1984) |
| 52.236-06 | SUPERINTENDENCE BY THE CONTRACTOR (APR 1984) |
| 52.236-07 | PERMITS AND RESPONSIBILITIES (NOV 1991) |
| 52.236-08 | OTHER CONTRACTS (APR 1984) |
| 52.236-09 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984) |
| 52.236-10 | OPERATIONS AND STORAGE AREAS (APR 1984) |
| 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (APR 1984) |
| 52.236-12 | CLEANING UP (APR 1984) |
| 52.236-13 | ACCIDENT PREVENTION (NOV 1991) |
| 52.236-14 | AVAILABILITY AND USE OF UTILITY SERVICES (APR 1984) |

SECTION I - CONTRACT CLAUSES

| | | |
|---|---|---|
| | 52.242-13 | BANKRUPTCY (JUL 1995) |
| | 52.242-14 | SUSPENSION OF WORK (APR 1984) |
| | 52.243-04 | CHANGES (AUG 1987) |
| | 52.243-05 | CHANGES AND CHANGED CONDITIONS (APR 1984) |
| | 52.249-10 | DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984) |
| | 52.253-01 | COMPUTER GENERATED FORMS (JAN 1991) |
| | 252.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999) |
| | 252.204-7000 | DISCLOSURE OF INFORMATION (DEC 1991) |
| | 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT (APR 1992) |
| | 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ON-SITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY (NOV 1995) |
| | 252.223-7004 | DRUG-FREE WORK FORCE (SEP 1988) |
| | 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (FEB 2003) |
| | 252.225-7016 | RESTRICTION ON ACQUISITION OF BALL AND ROLLER BEARINGS (APR 2003) |
| | 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES (DEC 1991) |
| | 252.236-7000 | MODIFICATION PROPOSALS - PRICE BREAKDOWN (DEC 1991) |
| | 252.236-7001 | CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (AUG 2000) |
| | 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS (DEC 1991) |
| | 252.243-7002 | REQUESTS FOR EQUITABLE ADJUSTMENT (MAR 1998) |
| | 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA (MAY 2002) |
| I.2 | 52.225-11 | BUY AMERICAN ACT--CONSTRUCTION MATERIALS UNDER TRADE AGREEMENTS JULY 2002) |

(a) Definitions. As used in this clause--

"Component" means any article, material, or supply incorporated directly into a construction material.

"Construction material" means an article, material, or supply brought to the construction site by the Contractor or subcontractor for incorporation into the building or work. The term also includes an item brought to the site preassembled from articles, materials, or supplies. However, emergency life safety systems, such as emergency lighting, fire alarm, and audio evacuation systems, that are discrete systems incorporated into a public building or work and that are produced as complete systems, are evaluated as a single and distinct construction material regardless of when or how the individual parts or components of those systems are delivered to the construction site. Materials purchased directly by the Government are supplies, not construction material.

"Cost of components" means--

(1) For components purchased by the Contractor, the acquisition cost, including transportation costs to the place of incorporation into the construction material (whether or not such costs are paid to a domestic firm), and any applicable duty (whether or not a duty-free entry certificate is issued); or

(2) For components manufactured by the Contractor, all costs associated with the manufacture of the component, including transportation costs as described in paragraph (1) of this definition, plus allocable overhead costs, but excluding profit. Cost of components does not include any costs associated with the manufacture of the end product.

"Designated country" means any of the following countries:

Aruba Kiribati
Austria Korea, Republic of
Bangladesh Lesotho
Belgium Liechtenstein
Benin Luxembourg
Bhutan Malawi
Botswana Maldives
Burkina Faso Mali
Burundi Mozambique
Canada Nepal
Cape Verde Netherlands
Central African Niger
Republic
Chad Norway
Comoros Portugal
Denmark Rwanda
Djibouti Sao Tome and Principe
Equatorial Guinea Sierra Leone
Finland Singapore
France Somalia
Gambia Spain
Germany Sweden

SECTION I -CONTRACT CLAUSES

Greece Switzerland
Guinea Tanzania U.R.
Guinea-Bissau Togo
Haiti Tuvalu
Hong Kong Uganda
Ireland United Kingdom
Israel Vanuatu
Italy Western Samoa
Japan Yemen

"Designated country construction material" means a construction material that--

(1) Is wholly the growth, product, or manufacture of a designated country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a designated country into a new and different construction material distinct from the materials from which it was transformed.

"Domestic construction material" means--

(1) An unmanufactured construction material mined or produced in the United States; or

(2) A construction material manufactured in the United States, if the cost of its components mined, produced, or manufactured in the United States exceeds 50 percent of the cost of all its components. Components of foreign origin of the same class or kind for which nonavailability determinations have been made are treated as domestic.

"Foreign construction material" means a construction material other than a domestic construction material.

"North American Free Trade Agreement country" means Canada or Mexico.

"North American Free Trade Agreement country construction material" means a construction material that--

(1) Is wholly the growth, product, or manufacture of a North American Free Trade Agreement (NAFTA) country; or

(2) In the case of a construction material that consists in whole or in part of materials from another country, has been substantially transformed in a NAFTA country into a new and different construction material distinct from the materials from which it was transformed.

"United States" means the 50 States and the District of Columbia, U.S. territories and possessions, Puerto Rico, the Northern Mariana Islands, and any other place subject to U.S. jurisdiction, but does not include leased bases.

(b) Construction materials. (1) This clause implements the Buy American Act (41 U.S.C. 10a - 10d) by providing a preference for domestic construction material. In addition, the Contracting Officer has determined that the Trade Agreements Act and the North American Free Trade Agreement (NAFTA) apply to this acquisition. Therefore, the Buy American Act restrictions are waived for designated country and NAFTA country construction materials.

(2) The Contractor shall use only domestic, designated country, or NAFTA country construction material in performing this contract, except as provided in paragraphs (b)(3) and (b)(4) of this clause.

(3) The requirement in paragraph (b)(2) of this clause does not apply to the construction materials or components listed by the Government as follows:

______________________________________

(4) The Contracting Officer may add other foreign construction material to the list in paragraph (b)(3) of this clause if the Government determines that--

(i) The cost of domestic construction material would be unreasonable. The cost of a particular domestic construction material subject to the restrictions of the Buy American Act is unreasonable when the cost of such material exceeds the cost of foreign material by more than 6 percent;

(ii) The application of the restriction of the Buy American Act to a particular construction material would be impracticable or inconsistent with the public interest; or

(iii) The construction material is not mined, produced, or manufactured in the United States in sufficient and reasonably available commercial quantities of a satisfactory quality.

(c) Request for determination of inapplicability of the Buy American Act. (1)(i) Any Contractor request to use foreign construction material in accordance with paragraph (b)(4) of this clause shall include adequate information for Government evaluation of the request, including--

SECTION I - CONTRACT CLAUSES

(A) A description of the foreign and domestic construction materials;

(B) Unit of measure;

(C) Quantity;

(D) Price;

(E) Time of delivery or availability;

(F) Location of the construction project;

(G) Name and address of the proposed supplier; and

(H) A detailed justification of the reason for use of foreign construction materials cited in accordance with paragraph (b)(3) of this clause.

(ii) A request based on unreasonable cost shall include a reasonable survey of the market and a completed price comparison table in the format in paragraph (d) of this clause.

(iii) The price of construction material shall include all delivery costs to the construction site and any applicable duty (whether or not a duty-free certificate may be issued).

(iv) Any Contractor request for a determination submitted after contract award shall explain why the Contractor could not reasonably foresee the need for such determination and could not have requested the determination before contract award. If the Contractor does not submit a satisfactory explanation, the Contracting Officer need not make a determination.

(2) If the Government determines after contract award that an exception to the Buy American Act applies and the Contracting Officer and the Contractor negotiate adequate consideration, the Contracting Officer will modify the contract to allow use of the foreign construction material. However, when the basis for the exception is the unreasonable price of a domestic construction material, adequate consideration is not less than the differential established in paragraph (b)(4)(i) of this clause.

(3) Unless the Government determines that an exception to the Buy American Act applies, use of foreign construction material is noncompliant with the Buy American Act.

(d) Data. To permit evaluation of requests under paragraph (c) of this clause based on unreasonable cost, the Contractor shall include the following information and any applicable supporting data based on the survey of suppliers:

Foreign and Domestic Construction Materials Price Comparison

| Construction Material Description | Unit of Measure | Quantity | Price (Dollars)* |
|---|---|---|---|
| Item 1: | | | |
| Foreign construction material | ______ | ______ | ______ |
| Domestic construction material | ______ | ______ | ______ |
| Item 2: | | | |
| Foreign construction material | ______ | ______ | ______ |
| Domestic construction material | ______ | ______ | ______ |

[List name, address, telephone number, and contact for suppliers surveyed. Attach copy of response; if oral, attach summary.]
[Include other applicable supporting information.]
[* Include all delivery costs to the construction site and any applicable duty (whether or not a duty-free entry certificate is issued).]

(End of Clause)

SECTION I - CONTRACT CLAUSES

I.3 52.232-05 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (SEPT 2002)

(a) Payment of price. The Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress Payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets the standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if-

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: However, if the Contractor elects to delete paragraph c)(4) from the certification, the certification is still accept.)

I hereby certify, to the best of my knowledge and belief, that-

(1) The amounts requested are only for performance in accordance with the specifications, terms. and conditions of the contract;

(2) All payments due to subcontractors and suppliers from previous payments received under the contract have been made, and timely payments will be made from the proceeds of the payment covered by this certification, in accordance with subcontract agreements and the requirements of chapter 39 of Title 31, United States Code;

(3) This request for progress payments does not include any amounts which the prime contractor intends to with hold or retain from a subcontractor or supplier in accordance with the terms and conditions of the subcontract; and

(4) This certification is not to be construed as final

______________________________
(Name)

______________________________
(Title)

______________________________
(Date)

(d) Refund of earned amounts. If the Contractor, after making a certified request for progress payments. discovers that a portion or all of such request constitutes a payment for performance by the Contractor that fails to conform to the specifications, terms, and conditions of this contract (hereinafter referred to as the "unearned amount"), the Contractor shall-

(1) Notify the Contracting Officer of such performance deficiency; and

(2) Be obligated to pay the Government an amount (computed by the Contracting Officer in the manner provided in paragraph (j) of this clause) equal to interest on the unearned amount from the 8th day after the date of receipt of the unearned amount until-

(i) The date the Contractor notifies the Contracting Officer that the performance deficiency has been corrected; or

(ii) The date the Contractor reduces the amount of any subsequent certified request for progress

SECTION I - CONTRACT CLAUSES

payments by an amount equal to the unearned amount.

(e) Retainage. If the Contracting Officer finds that satisfactory progress was achieved during any period for which a progress payment is to be made, the Contracting Officer shall authorize payment to be in made in full. However, if satisfactory progress has not been made, the Contracting Officer may retain a maximum of 10 percent of the amount of the payment until satisfactory progress is achieved. When the work is substantially complete, the Contracting Officer may retain from previously withheld funds and future progress payments that amount the Contracting Officer considers adequate for protection of the Government and shall release to the Contractor all the remaining withheld funds. Also, on completion and acceptance of each separate building, public work, or other division of the contract, for which the price is stated separately in the contract, payment shall be made for the completed work without retention of a percentage.

(f) Title, liability, and reservation of rights. All material and work covered by progress payments made shall, at the time of payment, become the sole property of the Government, but this shall not be construed as-

(1) Relieving the Contractor from the sole responsibility for all material and work upon which payments have been made or the restoration of any damaged work;

(2) Waiving the right of the Government to require the fulfillment of all of the terms of the contract.

(g) Reimbursement for bond premiums. In making these progress payments, the Government shall, upon request, reimburse the Contractor for the amount of premiums paid for performance and payment bonds (including coinsurance and reinsurance agreements, when applicable) after the Contractor has furnished evidence of full payment to the surety. The retainage provisions in paragraph (e) of this clause shall not apply to that portion of progress payments attributable to bond premiums.

(h) Final Payment. The Government shall pay the amount due the Contractor under this contract after-

(1) Completion and acceptance of all work;

(2) Presentation of a properly executed voucher; and

(3) Presentation of release of all claims against the Government arising by virtue of this contract, other than claims, in stated amounts, that the Contractor has specifically excepted from the operation of the release. A release may also be required of the assignee if the Contractor's claim to amounts payable under this contract has been assigned under the Assignment of Claims Act of 1940 (31 U.S.C. 3727 and 41 U.S.C. 15).

(i) Limitation because of undefinitized work. Notwithstanding any provision of this contract, progress payments shall not exceed 80 percent on work accomplished on undefinitized contract actions. A "contract action" is any action resulting in a contract, as defined in FAR Subpart 2.1, including contract modifications for additional supplies or services, but not including contract modifications that are within the scope and under the terms of the contract, such as contract modifications issued pursuant to the Changes clause, or funding and other administrative changes.

(j) Interest computation on unearned amounts. In accordance with 31 U.S.C. 3903(c)(1), the amount payable under subparagraph (d)(2) of this clause shall be-

(1) Computed at the rate of average bond equivalent rates of 91-day Treasury bills auctioned at the most recent auction of such bills prior to the date the Contractor receives the unearned amount; and

(2) Deducted from the next available payment to the Contractor.

(End of Clause)

I.4 52.236-21 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997) - ALTERNATE II (APR 1984)

(a) The Contractor shall keep on the work site a copy of the drawings and specifications and shall at all times give the Contracting Officer access thereto. Anything mentioned in the specifications and not shown on the drawings, or shown on the drawings and not mentioned in the specifications, shall be of like effect as if shown or mentioned in both. In case of difference between drawings and specifications, the specifications shall govern. In case of discrepancy in the figures, in the drawings, or in the specifications, the matter shall be promptly submitted to the Contracting Officer, who shall promptly make a determination in writing. Any adjustment by the Contractor without such a determination shall be at its own risk and expense. The Contracting Officer shall furnish from time to time such detailed drawings and other information as considered necessary, unless otherwise provided.

(b) Wherever in the specifications or upon the drawings the words "directed", "required", "ordered", "designated", "prescribed", or words of like import are used, it shall be understood that the "direction", "requirement", "order", "designation", or "prescription", of the Contracting Officer is intended and similarly the words "approved", "acceptable", "satisfactory", or words of like import shall mean "approved by," or

SECTION I -CONTRACT CLAUSES

"acceptable to", or "satisfactory to" the Contracting Officer, unless otherwise expressly stated.

(c) Where "as shown," as indicated", "as detailed", or words of similar import are used, it shall be understood that the reference is made to the drawings accompanying this contract unless stated otherwise. The word "provided" as used herein shall be understood to mean "provide complete in place," that is "furnished and installed".

(d) Shop drawings means drawings, submitted to the Government by the Contractor, subcontractor, or any lower tier subcontractor pursuant to a construction contract, showing in detail (1) the proposed fabrication and assembly of structural elements, and (2) the installation (i.e., fit, and attachment details) of materials or equipment. It includes drawings, diagrams, layouts, schematics, descriptive literature, illustrations, schedules, performance and test data, and similar materials furnished by the contractor to explain in detail specific portions of the work required by the contract. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.

(e) If this contract requires shop drawings, the Contractor shall coordinate all such drawings, and review them for accuracy, completeness, and compliance with contract requirements and shall indicate its approval thereon as evidence of such coordination and review. Shop drawings submitted to the Contracting Officer without evidence of the Contractor's approval may be returned for resubmission. The Contracting Officer will indicate an approval or disapproval of the shop drawings and if not approved as submitted shall indicate the Government's reasons therefor. Any work done before such approval shall be at the Contractor's risk. Approval by the Contracting Officer shall not relieve the Contractor from responsibility for any errors or omissions in such drawings, nor from responsibility for complying with the requirements of this contract, except with respect to variations described and approved in accordance with (f) below.

(f) If shop drawings show variations from the contract requirements, the Contractor shall describe such variations in writing, separate from the drawings, at the time of submission. If the Contracting Officer approves any such variation, the Contracting Officer shall issue an appropriate contract modification, except that, if the variation is minor or does not involve a change in price or in time of performance, a modification need not be issued.

(g) The Contractor shall submit to the Contracting Officer for approval four copies (unless otherwise indicated) of all shop drawings as called for under the various headings of these specifications. Three sets (unless otherwise indicated) of all shop drawings, will be retained by the Contracting Officer and one set will be returned to the Contractor. Upon completing the work under this contract, the Contractor shall furnish_________ sets of prints of all shop drawings as finally approved. These drawings shall show changes and revisions made up to the time the equipment is completed and accepted.

(End of Clause)

I.5 52.252-02 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

FAR: http://www.arnet.gov/far/
DFARS: http://www.acq.osd.mil/dp/dars/dfars.html

(End of Clause)

I.6 252.225-7031 SECONDARY ARAB BOYCOTT OF ISRAEL (APR 2003)

(a) Definitions.

As used in this provision--

(1) "Foreign person" means any person (including any individual, partnership, corporation, or other form of association) other than a United States person.

(2) "United States person" is defined in 50 U.S.C. App. 2415(2) and means --

(i) Any United States resident or national (other than an individual resident outside the United States who is employed by other than a United States person);

(ii) Any domestic concern (including any permanent domestic establishment of any foreign concern); and

SECTION I -CONTRACT CLAUSES

(iii) Any foreign subsidiary or affiliate (including any permanent foreign establishment) of any domestic concern that is controlled in fact by such domestic concern.

(b) Certification.

If the offeror is a foreign person, the offeror certifies, by submission of an offer, that it --

(1) Does not comply with the Secondary Arab Boycott of Israel; and

(2) Is not taking or knowingly agreeing to take any action, with respect to the Secondary Boycott of Israel by Arab countries, which 50 U.S.C. App. Sec 2407(a) prohibits a United States person from taking.

(End of Clause)

SECTION J -LIST OF ATTACHMENTS

J.1 LIST OF ATTACHMENTS

J.1 Replace OPS 2B Fire Alarm System Construction Specifications, dated 29 May 2003

C.2 Replace OPS 2A Fire Alarm System Construction Specifications, dated 11 July 2003

C.3 OPS 2B Drawings consecutively numbered from E-34253 through E-34313

C.4 OPS 2A Drawings consecutively numbered from E-34470 through E-34501

C.5 Contract Data Requirements List A001 through A004, dated 5 August 2003

C.6 Wage Decision for Building Construction, dated 13 June 2003

(End of Clause)

MARYLAND PROCUREMENT OFFICE

# FAX Transmittal

| | |
|---|---|
| DATE: | September 25, 2003 |
| SENT BY: | Walt Sokolis, DA322 |
| TO: | Robert Myers III |
| COMPANY: | Gill Simpson Inc. |

| | |
|---|---|
| FAX NUMBER: | (410)366-4557 |
| NUMBER OF PAGES (WITH COVER): | |

MESSAGE:

Attached is the contract for the OPS 2A-2B Fire alarm project. Please review sign and return the signature page. Call if you have any questions.

Thanks

WS

Walt Sokolis

Maryland Procurement Office
9800 Savage Road, Ft. Meade, MD 20755-6604
Phone: 301-688-7292
FAX: 301-688-4434