# EXHIBIT B

Property of the United States Government
Unclassified//For Official Use Only

NATIONAL SECURITY AGENCY
FORT GEORGE G. MEADE, MARYLAND
**Replace OPS 2B Fire Alarm System**
OPS 2B
May 29, 2003

TABLE OF CONTENTS

**DIVISION 0 - CONDITIONS OF CONTRACT**

00800 SUPPLEMENTAL

**DIVISION 1 - GENERAL REQUIREMENTS**

01100 SUMMARY
01140 WORK RESTRICTIONS
01210 ALLOWANCES
01290 PAYMENT PROCEDURES
01310 PROJECT MANAGEMENT AND COORDINATION
01320 CONSTRUCTION PROGRESS DOCUMENTATION
01330 SUBMITTAL PROCEDURES
01400 QUALITY REQUIREMENTS
01500 TEMPORARY FACILITIES AND CONTROLS
01593 SECURITY
01595 SAFETY AND HEALTH
01600 PRODUCT REQUIREMENTS
01731 CUTTING AND PATCHING
01732 SELECTIVE DEMOLITION
01770 CLOSEOUT PROCEDURES
01781 PROJECT RECORD DOCUMENTS
01782 OPERATION AND MAINTENANCE DATA
01820 DEMONSTRATION AND TRAINING

**DIVISION 7 - THERMAL AND MOISTURE PROTECTION**

07841 THROUGH-PENETRATION FIRESTOP SYSTEMS

**DIVISION 8 - DOORS AND WINDOWS**

08712 DOOR HARDWARE (SCHEDULED BY DESCRIBING PRODUCTS)

**DIVISION 9 - FINISHES**

09260 GYPSUM BOARD ASSEMBLIES

EXHIBIT B

RECEIVED
AUG 22 2003
GILL-SIMPSON, INC.

Property of the United States Government
Unclassified//For Official Use Only

09511 ACOUSTICAL PANEL CEILINGS
09653 RESILIENT WALL BASE AND ACCESSORIES
09922 INTERIOR PAINTING (PROFESSIONAL LINE PRODUCTS)

**DIVISION 13 - SPECIAL CONSTRUCTION**

13851 FIRE ALARM

**DIVISION 16 - ELECTRICAL**

16050 BASIC ELECTRICAL MATERIALS AND METHODS
16060 GROUNDING AND BONDING
16120 CONDUCTORS AND CABLES
16130 RACEWAYS AND BOXES
16410 ENCLOSED SWITCHES AND CIRCUIT BREAKERS
16470 POWER DISTRIBUTION UNITS

Property of the United States Government
Unclassified//For Official Use Only

SECTION 01100 - SUMMARY

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and other Division 1 Specification Sections, apply to this Section.

1.2 WORK COVERED BY CONTRACT DOCUMENTS

A. Project Identification: Replace existing fire alarm system in OPS2B high rise building with an intelligent system fully compatible with the campus Network Command Center (NCC). Fully compatible implies that the systems are directly connected to and communicate on the existing campus fire alarm network.

1. Project Location: 9800 Savage Road, Fort George G. Meade, MD 20755
2. Government: Department of Defense.

B. Designer Identification: The Contract Documents, dated 5/29/2003, were prepared for Project by the Government.

C. Government to serve as Project Coordinator.

D. The Work consists of replacement of fire alarm system and upgrades for current code compliance. The drawings show design intent and shall be coordinated with the project specification manual for a complete and functional system. Additional engineering and design is required to meet the performance requirements of the replacement fire alarm system.

1. The Work includes replacement of the fire alarm control panel (FACP), voice amplifiers, notification appliance devices (speakers and strobes), smoke detectors, heat detectors, wire and conduit, flow switches, tamper switches, and fiber. All convention devices shall be connected to the system via intelligent interface devices. This includes flow switches, tamper switches, pressure switches, push buttons and key switches, elevator recall controls, kitchen hood extinguishing systems, and any other device controlled or monitored by the FACP. Devices shall be provided to interface future generator fire extinguishing system.

2. Programming software and license shall be provided and installed on Government furnished notebook computers. The Government shall retain the software and receive all updates during the period of the license agreement.

3. The work includes software, hardware, and programming to provide a functional voice evacuation for a high rise building. The FACP shall be connected to the campus fire alarm network via fiber. All associated graphics on the existing NCC shall be updated to include the devices installed under this contract.

4. Existing elevator controls shall remain.

5. Additional notification zone shall be provided for elevators and stairwells.

6. Firefighter's telephone system shall be replaced to include additional telephones where required.

7. Switches and current relays shall be provided and installed for monitoring status of building smoke dampers and smoke control fans.

1.3 CONTRACT

A. Project will be constructed under a general construction contract.

1. Replace OPS 2B Fire Alarm System

1.4 WORK SEQUENCE

A. The Work shall be conducted in two phases.

1. Phase one: This phase shall consist of installation of replacement system. Work of this phase shall be substantially complete and ready for acceptance testing within 180 business days of the Notice to Proceed.

2. Phase two: This phase shall consist of the demolition of the existing system. The removal of the existing system shall commence after successful testing and approval of the replacement system.

1.5 USE OF PREMISES

A. General: Contractor shall have use of premises for construction operations, including use of Project site, during construction period. Contractor's use of premises is limited only by Government's right to perform work or to retain other contractors on portions of Project.

1.6 WORK UNDER OTHER CONTRACTS

A. The Government has separate contracts ongoing at the construction site.

1. One of such projects is the EMCS Replacement. The EMCS (Energy Management Control System) interfaces with the fire alarm for building smoke control. These two contracts must be coordinated to achieve a functioning system.

B. Cooperate fully with separate contractors so work on those contracts may be carried out smoothly, without interfering with or delaying work under this Contract.

1.7 SPECIFICATION FORMATS AND CONVENTIONS

A. Specification Format: The Specifications are organized into Divisions and Sections using the 16-division format and CSI/CSC's "MasterFormat" numbering system.

Property of the United States Government
Unclassified//For Official Use Only

I Section Identification: The Specifications use section numbers and titles to help cross-referencing in the Contract Documents. Sections in the Project Manual are in numeric sequence; however, the sequence is incomplete. Consult the table of contents at the beginning of the Project Manual to determine numbers and names of sections in the Contract Documents.

B. Specification Content: The Specifications use certain conventions for the style of language and the intended meaning of certain terms, words, and phrases when used in particular situations. These conventions are as follows:

1. Abbreviated Language: Language used in the Specifications and other Contract Documents is abbreviated. Words and meanings shall be interpreted as appropriate. Words implied, but not stated, shall be inferred as the sense requires. Singular words shall be interpreted as plural, and plural words shall be interpreted as singular where applicable as the context of the Contract Documents indicates.
2. Imperative mood and streamlined language are generally used in the Specifications. Requirements expressed in the imperative mood are to be performed by Contractor. Occasionally, the indicative or subjunctive mood may be used in the Section Text for clarity to describe responsibilities that must be fulfilled indirectly by Contractor or by others when so noted.

   a. The words "shall," "shall be," or "shall comply with," depending on the context, are implied where a colon (:) is used within a sentence or phrase.

C. The Contractor shall address any discrepancies between the specifications and drawings in a request for clarification. Specifications in the project manual shall take precedence.

END OF SECTION 01100

Property of the United States Government
Unclassified//For Official Use Only

SECTION 13851 - FIRE ALARM

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. This specification describes Fire Detection with Voice Evacuation and Two-Way Firefighters Communications System. The system shall interface with existing elevator controls, generator room halon system and HVAC controls. The system shall have addressable intelligent initiation and control devices. Detectors shall utilize digital communication.

B. The system shall be in full compliance with National and Local Codes for High Rise Building.

C. The requirements of the specification shall be considered minimum for the system supplied. The system shall include all required hardware, raceways, interconnecting wiring and software to accomplish the requirements of this section and the contract drawings, whether or not specifically itemized herein.

D. All equipment furnished shall be new and the latest state of the art products.

E. The system as specified shall be supplied, installed, tested, and approved by the local Authority Having Jurisdiction, and turned over to the Government in an operational condition.

F. In the interest of job coordination and responsibilities the installing contractor shall contract with a single supplier for fire alarm equipment, engineering, programming, inspection and tests, and shall be capable of providing a "UL Listing Certificate" for the complete system.

G. Related Sections include the following:

1. Division 16 Section 16050 Basic Electrical Material & Methods

2. Retrofit Section
   a. VERIFICATION TESTING: The contractor shall test and document the operation of existing fire protection system(s) prior to new installation. The purpose of testing is to establish a benchmark of functional reliability prior to altering or removing existing protection. The contractor shall maintain the condition and integrity of existing life safety equipment as found after verification testing. Interfacing requirements shall be provided for all new installed work during the phasing of this project. Interfacing shall mean that both existing and new work shall operate and/or function as one system during the life cycle of installation.

   b. CRITICAL PATH - INSTALLATION SCHEDULE: The contractor shall prepare, and gain approval from the COR, an installation schedule based on the

Governments priorities prior to the start of work. Any deviation from the agreed work schedule, unless requested in writing and approved, shall not be acceptable. Minimizing impact on normal business activities shall be the contractors responsibility, coordinate "off-hour" work with the COR prior to starting work.

c. FIRE WATCH RESPONSIBILITIES: Prior to the start of work the Government and contractor shall determine fire watch activities. This shall include, but not be limited to, who, what, where, when and how fire watch activities shall be performed. As a minimum, the Government shall provide the necessary manpower to conduct fire watch activities during scheduled installations. Non-scheduled work shall be the contractor's responsibility to provide all necessary manpower and equipment to conduct fire watch duties.

d. EXISTING TO NEW SYSTEMS INTERFACE: (When both old and new systems must act as "one" system). Equipment furnished under this contract shall be made capable of interfacing with the existing system equipment. This shall not require two-way data exchange, but shall require alarm, trouble and supervisory monitoring and any alarm input/output function connections required to act as a single system during the project life cycle.

1) System Software: Should this project require phased installations, the installing contractor shall make available any software information that may be required by the COR.

e. TRANSITIONAL SYSTEM TRAINING: This requirement is not the same training as (Demonstration and Training) of these specifications, but is an adjunct to the overall training of the Government's personnel. Communicating on how the system functions during the retrofit process is essential for the Government to maintain business operational activities. As a minimum, the COR will designate two key Government personnel for all transitional training needs. Training shall correspond to the various phases of the new system installation.

f. RETROFIT FINAL ACCEPTANCE TESTING: Partial system modifications and add on changes shall be accepted tested as per NFPA 72, 1999 edition chapter 7, section 7-1.6.2. Complete fire system replacement shall use NFPA 72, 7.2. and 7-3.

1.3 DEFINITIONS

A. FACP: Fire alarm control panel.

B. LED: Light-emitting diode.

C. NICET: National Institute for Certification in Engineering Technologies.

D. Definitions in NFPA 72 apply to fire alarm terms used in this Section.

1.4 SYSTEM DESCRIPTION

A. Addressable microprocessor based system dedicated to fire alarm service only.

1. Replace all existing fire alarm system devices. Interface with existing devices as noted.

1.5 PERFORMANCE REQUIREMENTS

A. Standards, Codes, and Approvals
   1. The publications listed below form a part of this publication to the extent referenced. The publications are referenced in the text by the basic designation only. The latest version of each listed publication shall be used as a guide unless the authority having jurisdiction has adopted an earlier version.

   2. Factory Mutual (FM):
      a. FM AG Approval Guide.

   3. National Fire Protection Association (NFPA):
      a. NFPA 13 Standard For The Installation of Sprinkler Systems.
      b. NFPA 13A Recommended Practice For The Inspection, Testing And Maintenance of Sprinkler Systems.
      c. NFPA 70 National Electrical Code.
      d. NFPA 72, National Fire Alarm Code.
      e. NFPA 90A Standard For The Installation of Air Conditioning And Ventilating Systems.
      f. NFPA 101 Life Safety Code.
      g. NFPA 12A Halon
      h. NFPA 2001 FM-200
      i. NFPA 170 Standard Fire Safety and Hazmat Symbols
   4. Underwriters' Laboratories, Inc. ("UL") Appropriate "UL" equipment standards:
      a. "UL" 864 Control Panels.
      b. "UL" 268 Smoke Detectors.
      c. "UL" 268A Smoke Detectors (HVAC).
      d. "UL"1076 Security.
      e. "UL" 1971, Standard for Visual Signaling Appliances.

   5. Building Codes:
      a. BOCA National Building Code and the BOCA Fire Code
      b. Standard Building Code and the Standard Fire Code
      c. Uniform Building Code and the Uniform Fire Code
      d. International Building Code and the International Fire Code
      e. State and Local Building Codes as adopted and/or amended by The Authority Having Jurisdiction.
   6. ADA, and/or State and local equivalency standards as adopted by The Authority Having Jurisdiction.

B. Premises protection will be based on high rise building and occupancy type as defined on drawings.

C. System Requirements
   1. The system shall be complete, electrically supervised proprietary style fire detection and evacuation system using one way communication and Firefighters telephone and smoke

Property of the United States Government
Unclassified//For Official Use Only

control systems with microprocessor based operating system having the following capabilities, features and capacities:

a. Communications between network nodes, each supporting an interactive, self-standing, intelligent local control panel, with system wide display. Any network node shall be capable of supporting a local system in excess of 4000 input/output points.
b. Voice amplification shall be supervised and backed up with like amplifiers. Back up shall be one for one.
c. Amplifiers shall be rated for 25VRMS , 70.7VRMS, or 100VRMS with 40 watts, 80 watts or 180 watts.
d. Amplifiers shall be sized as minimum, to accommodate all speakers shown on drawings plus 50% spare capacity.
e. There shall be a minimum of 4 channels. The channels shall be as follows with highest priority listed first.
    1) Page
    2) Evac
    3) Alert
    4) Emergency Notification

f. Each floor of the building shall be an evacuation zone. Each stairwell and bank of elevators shall be on additional separate zones.

g. The local system shall provide status indicators and control switches for all of the following functions:
    1) Firefighters' override functions controlling smoke management
    2) Audible and visual notification alarm circuit zone control
    3) Two-way firefighters' telephone communications circuit zone control
    4) Speaker circuit zone control
    5) All call page
    6) Page to evac
    7) All evac
    8) All alert
    9) Page to alert
    10) Status indicators for sprinkling system waterflow and valve supervisory devices.
    11) Any additional status or control functions as indicated on the drawings, including but not limited to; emergency generator functions, fire pump functions.
h. The system shall be listed by "UL" for configuration as an approved NFPA 13 fire sprinkler system deluge and pre-action and total flooding extinguishing agent release system.
i. The system shall be "UL" 1076 listed for monitoring and reporting security system zoning.
j. The system shall be "UL" listed for Building Controls under UUKL listing.
k. Each intelligent addressable device or conventional zone on the system shall be displayed at the Central Alarm Receiving Terminal and the local fire alarm control panel by a unique alphanumeric label identifying its location.

D. System Operation

1. Activation of any system fire, supervisory, trouble, or status initiating device shall cause the following actions and indications in the Fire Command Center and at all networked Personnel Machine Interfaces using basic graphics and multiple detail screens.
2. Non-Evacuation Fire Alarm Condition:
   a. Sound an audible alarm and display a custom screen/message defining the building in alarm and the specific alarm point initiating the alarm in a graphic display.
   b. Log to the system history archives all activity pertaining to the alarm condition.
   c. Activation of any smoke detector in a single elevator lobby or an elevator equipment room shall cause the recall of that bank of elevators to the 1st floor and the lockout of controls. In the event of recall initiation by a detector in the first floor lobby, the recall shall be to the alternate floor as it exists now.
   d. Remote LCD annunciators shall display the alarm condition via unique messages as required by the Government. LED type annunciator displays, conventional and graphic style shall indicate alarm zoning as specified.
   e. HVAC shut down shall be accomplished by the EMCS (Energy Management Control System).
   f. Door closure devices shall operate by smoke detector located at the door.
   g. Activation of smoke purge, and damper control shall be as required and operated by the EMCS.
   h. Print alarm conditions on system printer.
   i. Transmit to NCC.

3. Evacuation Condition:
   a. Sound an pre-announce tone followed by a field programmable digitized custom evacuation message, on the floor of alarm, the floor below and the floor above. The visual signals shall operate in a similar pattern.
   b. A simultaneous message shall be delivered via all alarm speakers installed on the remaining floors indicating the requirement for occupants of these floors to remain alert for further instructions.
   c. A simultaneous message shall be delivered via all alarm speakers installed in stairways and elevators informing occupants of the imminent shutdown of elevator circuits and the expected high traffic load in the stairwells.
   d. An automatic announcement or tone evacuation signal shall be capable of interruption by the operation of the system microphone to give voice evacuation instructions overriding the pre-programmed sequences.
   e. Status lights next to speaker selection switches on the control panel shall indicate speaker circuit selection.
   f. Audible signals shall be silenced from the fire alarm control panel by an alarm silence switch. Visual signals shall be programmed to flash until system reset.

4. Supervisory Condition:
   a. Display the origin of the supervisory condition.
   b. Activate supervisory audible and dedicated visual signal.
   c. Audible signals shall be silenced from the control panel by the supervisory acknowledge switch.
   d. Record within system history the initiating device and time of occurrence of the event.
   e. Print supervisory condition to system printer.

f. Remote LCD annunciators shall display the supervisory condition via unique messages as required by the system owner. LED type annunciator displays, conventional and graphic style shall indicate alarm zoning as specified.

5. Trouble Condition:
   a. Display the origin of the trouble condition.
   b. Activate trouble audible and visual signals at the control panel and as indicated on the drawings.
   c. Audible signal shall be silenced from the fire alarm control panel by a trouble acknowledge switch.
   d. Trouble reports for primary system power failure to the master control shall be automatically delayed for a period of time equal to 25% of the system standby battery capacity to eliminate spurious reports as a result of power fluctuations.
   e. Record within system history, the occurrence of the event, the time of occurrence and the device initiating the event.
   f. Print trouble condition to system printer.
   g. Remote LCD annunciators shall display the trouble condition via unique messages as required by the system owner. LED type annunciator displays, conventional and graphic style shall indicate alarm zoning as specified.

E. Non Evacuation Fire alarm signal initiation shall be by one or more of the following devices:
1. Heat detectors.
2. Flame detectors.
3. Smoke detectors.
4. Automatic sprinkler system water flow.
5. Kitchen fire extinguishing system operation.

F. Evacuation Fire Alarm signal shall be initiated by the following device:

1. Manual stations.

G. Supervisory signal initiation shall be by one or more of the following devices or actions:

1. Operation of a fire-protection system valve tamper.
2. Bypass switch for power shutdown in computer rooms.
3. Low-air-pressure switch operation on a dry-pipe or preaction sprinkler system.
4. Duct detectors
5. Fire-pump power failure, including a dead-phase or phase-reversal condition.

H. System trouble signal initiation shall be by one or more of the following devices or actions:

1. Open circuits, shorts and grounds of wiring for initiating device, signaling line, and notification-appliance circuits.
2. Opening, tampering, or removal of alarm-initiating and supervisory signal-initiating devices.
3. Loss of primary power at the FACP.
4. Ground or a single break in FACP internal circuits.
5. Abnormal ac voltage at the FACP.
6. A break in standby battery circuitry.
7. Failure of battery charging.

8. Abnormal position of any switch at the FACP or annunciator.

I. System Trouble and Supervisory Signal Actions: Ring trouble bell and annunciate at the FACP and remote annunciators. Record the event on system printer.

## 1.6 SUBMITTALS

A. Product Data: For each type of product indicated.

B. The contractor shall include the following information in the equipment submittal:

1. Power calculations. Battery capacity calculations. Battery size shall be a minimum of 125% of the calculated requirement.

2. Supervisory power requirements for all equipment.

3. Alarm power requirements for all equipment.

4. Power supply rating justification showing power requirements for each of the system power supplies.

5. Justification showing power requirements of the system amplifiers. Amplifiers shall be sized for a minimum of 1/4 watt per connected speaker on every circuit and 50% spare capacity.

6. Voltage drop calculations for NAC wiring runs demonstrating worst-case condition. Show capability of 25 vrms circuits for wire runs.

7. NAC circuit design shall incorporate a 50% spare capacity for future expansion.

8. Submit manufacturer's requirements for testing Device Loop Card circuits and device addresses prior to connecting to control panel. At a minimum the following tests shall be required; device address, the address settings, the type of device (smoke detector, manual station, thermal detector, etc., summary of all devices on each circuit-by type, confirmation that no devices are set with the same address and that the circuit is free from ground faults and short circuits. This requirement shall need approval before any wiring is connected to the control panel.

9. Complete manufacturers catalog data including supervisory power usage, alarm power usage, physical dimensions, and finish and mounting requirements.

10. Complete drawings shall be submitted by the contractor for the proposed system. These drawings shall also be provided electronically on a 5.25" recordable CD-ROM in Bentley's, Version 7, Microstation CADD drawing format.

11. System wiring in a CAD compatible format showing all equipment and raceways, marked for size, conductor count with type and size, showing the percentage of allowable National Electric Code fill used.

12. Incomplete submittals shall be returned without review, unless with prior approval of the Government.

C. Shop Drawings:

1. Shop Drawings shall be prepared by persons with the following qualifications:

   a. Trained and certified by manufacturer in fire alarm system design.
   b. Fire alarm certified by NICET, minimum Level III.

2. System Operation Description: Detailed description for this Project, including method of operation and supervision of each type of circuit and sequence of operations for manually and automatically initiated system inputs and outputs. Manufacturer's standard descriptions for generic systems are not acceptable.
3. Device Address List: Coordinate with final system programming.
4. System riser diagram with device addresses, conduit sizes, and cable and wire types and sizes.
5. Wiring Diagrams: Power, signal, and control wiring. Include diagrams for equipment and for system with all terminals and interconnections identified. Show wiring color code.
6. Batteries: Size calculations.
7. Duct Smoke Detectors: Performance parameters and installation details for each detector, verifying that each detector is listed for the complete range of air velocity, temperature, and humidity possible when air-handling system is operating.
8. Ductwork Coordination Drawings: Plans, sections, and elevations of ducts, drawn to scale and coordinating the installation of duct smoke detectors and access to them. Show critical dimensions that relate to placement and support of sampling tubes, the detector housing, and remote status and alarm indicators. Locate detectors according to manufacturer's written recommendations.
9. Voice/Alarm Signaling Service: Equipment rack or console layout, grounding schematic, amplifier power calculation, and single-line connection diagram.
10. Floor Plans: Indicate final outlet locations showing address of each addressable device. Show size and route of cable and conduits.

D. Operation and Maintenance Data: For fire alarm system to include in emergency, operation, and maintenance manuals. Comply with NFPA 72, Appendix A, recommendations for Owner's manual. Include abbreviated operating instructions for mounting at the FACP.

E. Submittals to Authorities Having Jurisdiction: In addition to distribution requirements for submittals specified in Division 1 Section "Submittals," make an identical submittal to authorities having jurisdiction. To facilitate review, include copies of annotated Contract Drawings as needed to depict component locations. Resubmit if required to make clarifications or revisions to obtain approval.

F. Documentation:

1. Approval and Acceptance: Provide the "Record of Completion" form according to NFPA 72 to COR.
2. Record of Completion Documents: Provide the "Permanent Records" according to NFPA 72 to COR. Format of the written sequence of operation shall be the optional input/output matrix.

a. Hard copies on paper to COR.
b. Electronic media may be provided to COR.

## 1.7 QUALITY ASSURANCE

A. Before commencing work, submit data showing that the manufacturer has successfully installed fire alarm systems of the same scope, type and design as specified.

B. Installer Qualifications:
1. The Installer shall submit copies of all required Licenses and Bonds as required in the State having jurisdiction.
2. The Installer shall employ on staff, a minimum of one NICET level 2 technician or a professional engineer, registered in the State of the installation.
3. The Installer shall be qualified by the Underwriter's Laboratories. Upon completion of the installation the contractor shall certify the final system meets "UL" ongoing maintenance.
4. Installers unable to comply with the provisions of shall present proof of engaging the services of a subcontractor qualified to furnish the required services.
5. Personnel shall be trained and certified by manufacturer for installation of units required for this Project.
6. Work of this Section be performed by a UL-listed company.

C. Manufacturer's Representative:
1. Provide the services of a factory trained and certified technician, experienced in the installation and operation, maintenance and service of the type of system provided. The representative shall be licensed in the State if required by law. The technician shall supervise installation, software documentation, adjustment, preliminary testing, final testing and certification of the system. The technician shall provide the required instruction to the owner's personnel in the system operation, maintenance and programming

D. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

## 1.8 PROJECT CONDITIONS

A. Interruption of Existing Fire Alarm Service: Do not interrupt fire alarm service to facilities occupied by Government unless permitted under the following conditions and then only after arranging to provide temporary guard service according to requirements indicated:

1. Notify COR no fewer than 14 days in advance of proposed interruption of fire alarm service.
2. Do not proceed with interruption of fire alarm service without COR's written permission.

## 1.9 SEQUENCING AND SCHEDULING

A. Existing Fire Alarm Equipment: Maintain fully operational until new equipment has been tested and accepted. As new equipment is installed, label it "NOT IN SERVICE" until it is

accepted. Remove labels from new equipment when put into service and label existing fire alarm equipment "NOT IN SERVICE" until removed from the building.

B. Equipment Removal: After acceptance of the new fire alarm system, remove existing disconnected fire alarm equipment.

1.10 EXTRA MATERIALS

A. Furnish extra materials described below that match products installed and that are packaged with protective covering for storage and identified with labels describing contents.

1. Lamps for Remote Indicating Lamp Units: Quantity equal to 10 percent of amount installed, but not less than 1 unit.
2. Lamps for Strobe Units: Quantity equal to 10 percent of amount installed, but not less than 1 unit.
3. Smoke, Heat, Intelligent Initiating Device, Intelligent Control Point Module, Manual Stations: Quantity equal to 10 percent of amount of each type installed, but not less than 1 unit of each type.
4. Detector Bases: Quantity equal to 2 percent of amount of each type installed, but not less than 1 unit of each type.
5. Keys and Tools: One extra set for access to locked and tamperproofed components.
6. Audible and Visual Notification Appliances: Quantity equal to 10% of amount of each type installed.
7. Fuses: Two of each type installed in the system.

PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. Manufacturers: Subject to compliance with requirements, provide products by one of the following:

1. FACP and Equipment:
   a. Siemens Building Technologies, Inc.; a Cerberus Division.

2. Wire and Cable:

   a. Comtran Corporation.
   b. Helix/HiTemp Cables, Inc.; a Draka USA Company.
   c. Rockbestos-Suprenant Cable Corporation; a Marmon Group Company.
   d. West Penn Wire/CDT; a division of Cable Design Technologies.

3. Audible and Visual Signals:
   a. Wheelock, Inc.

2.2 EXISTING FIRE ALARM SYSTEM

Property of the United States Government
Unclassified//For Official Use Only

A. Compatibility with Existing Equipment: Fire alarm system and components shall be a replacement of the existing system. All existing controls to remain shall be fully integrated into the replacement system.

B. Existing Sequence of Operation:

1. Activation of any system fire, trouble, or status initiating device causes the following actions and indications in the Fire Command Center located in OPS 2A.

2. Alarm Condition - Heat Detector, Smoke Detector, Flow Switch:

   a. Sounds an audible alarm, displays a custom screen/message defining the specific alarm point initiating the alarm.
   b. Log to the system history archives all activity pertaining to the alarm condition.
   c. Remote LCD annunciators shall display the alarm condition.
   d. Print alarm conditions on system printer.
   e. Reports condition to CFAMS zone 187 as Alarm.
   f. Reports condition to FCC, SSOC and Fort Meade Fire Department.
   g. Elevators are recalled to the 1st floor and controls are locked out. In the event of recall initiation by a detector in the first floor lobby, the recall shall be to the alternate floor.

3. Evacuation Condition - Manual Station:

   a. Initiates all of the alarm conditions
   b. Sounds a pre-announce tone followed by an evacuation message, on the floor of alarm, the floor below and the floor above. The visual signals shall operate in a similar pattern.
   c. A simultaneous message is delivered via all alarm speakers installed on the remaining floors indicating the requirement for occupants of these floors to remain alert for further instructions.
   d. Status lights next to speaker selection switches on the control panel shall indicate speaker circuit selection.
   e. Audible signals can be silenced from the fire alarm control panel by an alarm silence switch. Visual signals shall be programmed to flash until system is reset.

4. Duct Detector:

   a. Initiates all of the alarm conditions
   b. Activation of smoke control system.

5. Door Closure Devices

   a. Initiates all of the alarm conditions
   b. Releases door.

6. Trouble Condition:

   a. Displays the origin of the trouble condition.
   b. Activates trouble audible and visual signals at the control panel.

c. Audible signal shall be silenced from the fire alarm control panel by a trouble acknowledge switch.
d. Record within system history, the occurrence of the event, the time of occurrence and the device initiating the event.
e. Print trouble condition to system printer.
f. Remote LCD annunciators display the trouble condition.

C. System trouble signal is initiated by one or more of the following devices or actions:

1. Open circuits, shorts and grounds of wiring for initiating device, signaling line, and notification-appliance circuits.
2. Opening, tampering, or removal of alarm-initiating and supervisory signal-initiating devices.
3. Loss of primary power at the FACP.
4. Ground or a single break in FACP internal circuits.
5. Abnormal ac voltage at the FACP.
6. A break in standby battery circuitry.
7. Failure of battery charging.
8. Abnormal position of any switch at the FACP or annunciator.

D. Room System Fire Alarm Panels

1. Alarm and Trouble signals report to the CANOPY system.
2. The CANOPY system is monitored by FCC and SSOC.
3. One smoke detector initiates an alarm on the system and activates local horn/strobe.
4. The second smoke detector initiates a relay and shuts down power to the room.

2.3 CONTROL PANEL

A. The fire alarm control panel shall be microprocessor based using multiple microprocessors throughout the system providing rapid processing of smoke detector and other initiation device information to control system output functions. There shall be a watchdog circuit, which shall verify the system processors and the software program. Problems with either the processors or the system program the panel shall activate a trouble signal, and reset the panel. The system modules shall communicate with an RS 485 network communications protocol. All module wiring shall be to terminal blocks, which will plug into the system card cage. The blocks shall be color coded to prevent accidental crossing of wiring.

B. The basic system shall have capabilities for 252 intelligent initiation devices and can be expanded up to 2500 intelligent initiation devices. . The system shall employ a flexible number of detection input loops to reach maximum system capacity. Systems which have a fixed number of device addresses per node based on a fixed number of device circuits (loops) shall provide 50% of loop maximum spare capacity on all loops to meet this requirement.

C. The Device Loop Card (DLC) shall be capable of 252 intelligent devices distributed between two SLC circuits. Any trouble on one circuit shall not affect the other circuit. This module controls the signaling from the initiation devices reporting alarms and troubles to the control

panel. This module shall also provide the signaling to the field devices for the controlling the output of specific initiation devices. The circuit shall be capable of being connected with polarity insensitive intelligent initiation devices. The circuits shall have the ability to be wired, Style 4, Style 6. Any of all of the 252 devices on the DLC loop shall be capable of activating up to two devices (relay base, audible base or remote lamps). These accessories shall not take away from the 252 addresses available per loop. Systems which require unique addresses for SLC circuit accessories (remote relays, relay bases, audible bases and remote lamps) shall provide 50% spare capacity for each loop to provide for system expansion. The on board microprocessor provides the DLC with the ability to function even if the main microprocessor fails. LED's on the board shall provide annunciation for the following; Power, Card Failure, Network Failure, Gnd. Fault, Alarm, Trouble, Short Zone 1, Short Zone 2, Style 6 Open Zone 1, Style 6 Open Zone 2. This card shall plug into the system card cage. The card shall be model number DLC.

D. The Signal Line Circuits (SLC) shall be tested for opens, shorts , ground faults, device status and multiple device response (2 devices at same address) and communications with all addressable devices installed before connection to the control panel. Systems without this capability shall have a test panel installed for initial testing to eliminate any possible damage short term or long term to the control panel. After initial testing replace the test panel and proceed with complete testing.

E. The Person Machine Interface (PMI) or the Remote Person Machine Interface (RPMI) shall provide the system information on six inch ¼ VGA monochrome LCD, with Touch Screen and LED display. The PMI shall provide floor plans with alarm type and "you are here" indication. The PMI shall be navigable by device/module custom message in the system architecture with no need for device address knowledge. The PMI shall provide a physical as well as a system geographic view. Graphic user interface shall be menu driven with 4 tabs showing the level and the total events for each tab. The tabs shall be; Alarm, Supervisory, Trouble and Security. Each level shall show 5 events simultaneously. The LED displays shall indicate Power, Audibles On or Silenced, and Partial system disabled. Systems not having the above LED's shall provide separate LED's within the control panel enclosure with appropriate labels. Selection buttons shall be backlit to aid the operator in the selection process. There shall be controls for scrolling throughout the event list. A button shall provide zoom in zoom out for the amount of information desired for a specific entry. The PMI shall be capable of monitoring the power supply loading and show available capacity for future expansion planning. The PMI LCD shall provide standard NFPA symbols showing Fire Service Equipment, Hazards, compliant with NFPA 170 and People in the area of alarm. Systems without this type of display shall supply a "UL" listed Graphics package with their system. The LCD shall have a keyboard screen to allow the technician ability to enter test and numbers for passwords or text changes. The module shall be model number PMI.

F. The Zone Indicating Card (ZIC) shall contain 8 NAC circuits rated at 2 amps each with power-limited outputs. The four zone inputs for the card shall be isolated and independently supervised. There shall be unique codes/signals for each circuit based on system logic. These signals shall be Temporal Code 3 (Evacuation), Steady ( Such as "Recall"), and Alert ( such as "Tornado Alert"),MT 30 PPM, MT 60 PPM and MT 120PPM. The card shall be listed for notification appliances, horns, bells, strobes, and speakers. The card shall also be listed for NFPA 13 Pre-Action Release, Halon 1301 NFPA 12A, and FM200 NFPA 2001. The card shall have the ability to wire the circuits Style Y or Style Z with outputs synchronized. The card shall have the following LED's to provide trouble shooting and annunciation; Reset, Power,

Card Failure, Network Failure, Gnd. Fault, Zone Activation or Trouble. This card shall plug into the system card cage. The card shall be model number ZIC-8B.

G. The Zone Indicating Card (ZIC) shall contain 4 NAC circuits rated at 4 amps each with power-limited outputs. The zone inputs for the card shall be isolated and independently supervised. There shall be at least 3 unique codes/signals for each circuit based on system logic. These signals shall be Temporal Code 3 (Evacuation), Steady (Such as "Recall"), and Alert (such as "Tornado Alert"). The card shall be listed for notification appliances, horns, bells, strobes, and speakers. The card shall also be listed for NFPA 13 Pre-Action Release, Halon 1301, FM200, Lease Line, and Municipal Tie. The card shall have the ability to wire the circuits Style Y or Style Z with outputs synchronized. The card shall have the following LED's to provide trouble shooting and annunciation; Reset, Power, Card Failure, Network Failure, Gnd. Fault, Zone Activation or Trouble. This card shall plug into the system card cage. The card shall be model number ZIC-4A.

H. The Convention Detector Card (CDC) shall have 4 circuits of conventional initiation circuits. Each zone shall be capable of supporting 30 smoke detectors and an unlimited number of contact devices. This card shall also have the ability to power and monitor Linear Beam detectors and Flame detectors. The card shall have the ability to wire the circuits Style D or Style B. This card shall plug into the system card cage. The card shall be model number CDC-4.

I. Where needed a Conventional Zone Module (HZM) shall connect to the Signal Line Circuit, which will allow the use of conventional initiation devices. This module shall have the ability to support up to 15 convention smoke detectors and an unlimited number of contact devices. The module shall have the ability to wire the circuits Style D or Style B. This module shall also be capable of monitoring Linear Beam detectors as well as Flame detectors. The module shall be model number HZM.

J. The Network Interface Card (NIC) shall provide communication between enclosures. The NIC supervises the network to insure proper operation. Any faults that are detected shall be reported to the PMI for annunciation. The NIC shall isolate short circuits to each individual segment of the network. If a short occurs only the segment between the NIC will be affected. The card shall have the ability to provide Style 4 or 7 network wiring configurations. The card shall have as the minimum the following diagnostic LED; Reset, Power, Card Fail, CAN Fail, Hnet Fail, Znet Fail, GND Fault, Loop A Fail, Loop B fail, Networks – Style 7, Style 4, Gnd Fault Enabled, GND Fault Disabled. The card shall be model number NIC-C.

K. The Controllable Relay Card (CRC-6) shall provide 6 programmable relays. Each relay shall have SPDT contacts rated at 4 amps at 30VDC/120VAC resistive and 3.5 amps, 120VAC inductive. The card shall have as a minimum the following diagnostic LED's; Reset, Power, Card Fail, Hnet Fail, 24V Fail, Relay 1, Relay2, Relay3, Relay 4, Relay5, Relay6. The card shall be model number CRC-6.

L. Where required to monitor a large amount of relays, such as monitoring subsystems or normally open contact devices, provide a Supervised Input Module (SIM), which will monitor up to 16 inputs. Each input shall be individually programmed for supervised or non-supervised circuits. This module shall be connected to a system network. The module shall contain 2 programmable form "C" relays for control of the monitored subsystem. The module shall be model number SIM-16.

M. Where required for control of relays or LED's the Output control Module (OCM) shall provide 16 open collector outputs to operate LED's, incandescent lamps or relays as needed. The module shall contain a local audible output, Lamp Test and local audible silence. All circuits shall be power limited. The module shall be model number OCM-16.

N. The system card cage shall provide the mounting of all system cards, field wiring, and panel's inter-card wiring. The terminal strips for the cards shall be color-coded to eliminate the possibility of making the wrong connection. The terminal blocks maybe disconnected and reconnected while the system is powered up without causing any difficulties. All power limited field wiring shall connect to the top of the card cage. All non-power limited internal wiring shall be connected to the bottom of the card cage. The card cage shall hold the systems cards and have capability of connecting multiple card cages to meet system demands.

O. The Switch Control Module (SCM) shall be a supervised module with 8 switches and two LED's per switch for controlling such items as speaker/strobe or telephone circuits. The switches shall also be used as generic inputs into the system. The SCM's shall be mounted in the door for easy access. These modules shall be connected to the control area network, and have a maximum distance of 1000 ft. The module shall be model number SCM-8.

P. The Fan Control Module (FCM) shall have 6 sets of 3 switches with LED's each for use in controlling fans or dampers. These switches shall be programmable for "ON"- "Off"- "Auto", or "Open"- "Closed"- "Auto". These modules shall be connected to the control area network, and have a maximum distance of 1000 ft. The FCM's shall be mounted in the door for easy access. The module shall be model number FCM-6.

Q. The LED Control Module (LCM) shall be connected to the control area network and have 8 sets of LED's. One LED shall be bi-colored (Red/Green) the other LED yellow. The LED's shall be completely programmable to suit the system and AHJ's demands. The LCM's shall be door mounted for easy viewing and access. These modules shall be connected to the control area network, and have a maximum distance of 1000 ft. The module shall be model number LCM-8.

R. The Live Voice Module (LVM) shall have the supervised Microphone and pre-amplifier. The module shall contain 6 programmable switches. The module shall connect to the control area network, and also connect to the PMI. The module shall have remote capability using a Remote Network Interface (RNI). The module requires a Local Page Board (LPB) to convert the audio to a digital signal. The module shall contain a Local Speaker w/control, Ready to Page LED, and a Pre-Announcement tone LED. The module shall be mounted in the door for easy access and viewing. The module shall be model number LVM.

S. The Digital Audio Card (DAC) shall connect to the digital audio control network that controls all voice and telephone functions. This module shall contain 5 minutes of on board tone generators, and up to 15 individual custom audio messages. This module communicates with the PMI and to all other audio modules via the control area network. The Local Page Board (LPB) shall plug into this card converting the LVM audio to a digital signal. The DAC shall plug in to the system card cage. The card shall be model number DAC.

T. The Zone Audio Card (ZAC) is a 40 watt amplifier wired Style "Y" (Class B) or Style Z (Class A). The audio frequency range shall be from 200 Hz to 12KHz. The ZAC 40 can operate either 25, 70.7, or 100 VRMS. The ZAC-40 has to ability the switch its output to 1 of 8 audio channels or risers. The ZAC 40 can be wired as a single zone or connected to ZIC for

distribution. This card is mounted in the system card cage. The ZAC-40 output circuit is supervised when in an active or inactive state. The card shall be model number ZAC-40.

U. The Zone Amplifier Module (ZAM) shall be either an 80-watt or a 180-watt amplifier for 25, 70.7 or 100 VRMS speakers using either 1 or 2-channel operation. The audio frequency range shall be from 200 Hz to 12KHz. The ZAM's are used as the inputs to the Zone Indicating Cards for distribution. The module shall be model number ZAM-80/180.

V. The Audio Input Card (AIC) allows up to 2 external audio sources such as Background music or PBX conventional paging or any source such as CD, and tape player. There are two relays on the module to control the inputs. The system shall support multiple AIC cards. This card is mounted in the system card cage. The card shall be model number AIC.

W. The Tape Recorder Card (TRC) allows one analog output (voice/telephone) to be recorded. The card contains one relay to control the recorders. Any audio channel can be sent to the TRC by way of software programming. This card is mounted in the system card cage. The card shall be model number TRC.

X. The Firefighter's Master Telephone (FMT) shall communicate with the firefighters telephones in the field. The system shall operate 5 telephones of hook simultaneously without loss of audio quality. The FMT shall have "Warden Page" capability. The FMT shall communicate with the system through the control area network. The FMT shall be door mounted for easy access. The module shall be model number FMT.

Y. The Telephone Zone Card (TZC) shall be card cage mounted. The card shall have 8 Class B telephone circuits. This card shall produce dial tone and busy signals where appropriate. The TZC shall communicate with the FMT through the control area network. The card shall be model number TZC.

Z. The system card cage shall provide the mounting of all the system cards, field wiring, and panel's inter-card wiring. The terminal strips for the cards shall be color-coded to eliminate the possibility of making the wrong connection. The terminal blocks maybe disconnected and reconnected while the system is powered up without causing any difficulties. The card cage shall hold the systems cards and have capability of connecting multiple card cages to meet system requirements.

AA. Actuation of alarm notification appliances, emergency voice communications, annunciation, smoke control, and elevator recall, shall occur within 10 seconds after the activation of an initiating device.

BB. To expedite system troubleshooting, the system cards shall have ground fault detection, and diagnostic LED's by card.

CC. All system cards and modules shall have Flash memory for downloading the latest module firmware.

DD. CIRCUITS
1. Signaling Line Circuits: NFPA 72, Class B, Style 4.
2. Notification-Appliance Circuits: NFPA 72, Class B, Style [Y].

3. Electrical monitoring for the integrity of wiring external to the FACP for mechanical equipment shutdown and magnetic door-holding circuits is not required, provided a break in the circuit will cause doors to close and mechanical equipment to shut down.

EE. Smoke-Alarm Verification:
1. Initiate audible and visible indication of an "alarm verification" signal at the FACP.
2. Activate a listed and approved "alarm verification" sequence at the FACP and the detector.
3. Record events by the system printer.
4. Cancel FACP indication and system reset if the alarm is not verified.

FF. Power Supply for Supervision Equipment: Supply for audible and visual equipment for supervision of the ac power shall be from a dedicated dc power supply, and power for the dc component shall be from the ac supply.

GG. Alarm Silencing, Trouble, and Supervisory Alarm Reset: Manual reset at the FACP and remote annunciators, after initiating devices are restored to normal.
1. Silencing-switch operation halts alarm operation of notification appliances and activates an "alarm silence" light. Display of identity of the alarm zone or device is retained.
2. Subsequent alarm signals from other devices or zones reactivate notification appliances until silencing switch is operated again.
3. When alarm-initiating devices return to normal and system reset switch is operated, notification appliances operate again until alarm silence switch is reset.

HH. Walk Test: A test mode to allow one person to test alarm and supervisory features of initiating devices. Enabling of this mode shall require the entry of a password. The FACP and annunciators shall display a test indication while the test is underway. If testing ceases while in walk-test mode, after a preset delay, the system shall automatically return to normal.

II. Remote Smoke-Detector Sensitivity Adjustment: Controls shall select specific addressable smoke detectors for adjustment, display their current status and sensitivity settings, and control of changes in those settings. Allow controls to be used to program repetitive, time-scheduled, and automated changes in sensitivity of specific detector groups. Record sensitivity adjustments and sensitivity-adjustment schedule changes in system memory, and make a print-out of the final adjusted values on the system printer.

JJ. Transmission to Remote Alarm Receiving Station: Automatically transmit alarm, trouble, and supervisory signals to the Network Command Center.

KK. Voice/Alarm Signaling Service: A central emergency communication system with redundant microphones, preamplifiers, amplifiers, and tone generators provided in a separate cabinet.
1. Indicated number of alarm channels for automatic, simultaneous transmission of different announcements to different zones, or for manual transmission of announcements by use of the central-control microphone. Amplifiers shall be UL 1711 listed.
   a. Allow the application of and evacuation signal to indicated number of zones and, at the same time, allow voice paging to the other zones selectively or in any combination.
   b. Programmable tone and message sequence selection.
   c. Standard digitally recorded messages for "Evacuation" and "All Clear."

d. Generate tones to be sequenced with audio messages of the type recommended by NFPA 72 and that are compatible with tone patterns of the notification-appliance circuits of the FACP.

e. Status Annunciator: Indicate the status of various voice/alarm speaker zones and the status of firefighters' two-way telephone communication zones.

f. Preamplifiers, amplifiers, and tone generators shall automatically transfer to backup units, on primary equipment failure.

LL. Printout of Events: On receipt of signal, print alarm, supervisory, and trouble events. Identify zone, device, and function. Include type of signal (alarm, supervisory, or trouble), and date and time of occurrence. Differentiate alarm signals from all other printed indications. Also print system reset event, including the same information for device, location, date, and time. Commands initiate the printing of a list of existing alarm, supervisory, and trouble conditions in the system and a historical log of events.

2.4 POWER SUPPLY:

A. Primary Power: 24-V dc obtained from 120-V ac service and a power-supply module. Initiating devices, notification appliances, signaling lines, trouble signal, [supervisory signal] shall be powered by the 24-V dc source.
   1. The alarm current draw of the entire fire alarm system shall not exceed 80 percent of the power-supply module rating.
   2. Power supply shall have a dedicated fused safety switch for this connection at the service entrance equipment. Paint the switch box red and identify it with "FIRE ALARM SYSTEM POWER."

B. Secondary Power: 24-V dc supply system with batteries and automatic battery charger and an automatic transfer switch.
   1. Batteries: Sealed lead calcium
   2. Battery and Charger Capacity: Comply with NFPA 72 without generator backup.

C. Surge Protection:
   1. Install surge protectors recommended by FACP manufacturer.

D. The system Power Supply/Charger (PSC) shall be a 12-amp supply with battery charger. The power supply shall be filtered and regulated. The power supply shall have a minimum of 1 power limited output rated at 4 amps, and a minimum of 1 output rated at 12 amps. The system power supply can be expanded up to 48 amps. The auxiliary power supply module shall share common batteries with the primary power supply. The system power supply shall have 4 relays, 1 for common alarm, one for common trouble and two programmable relays.

E. The battery charger shall be able to charge the system batteries up to 100 AH batteries. Battery charging shall be microprocessor controlled and programmed with a special software package to select charging rates and battery sizes. An optional Thermistor for monitoring battery temperature to control charging rate shall be available.

F. The power supply shall have a plug for an AC adapter cable, which allows a technician to plug in a laptop computer for up or down loading program information or test equipment.

Property of the United States Government
Unclassified//For Official Use Only

2.5 SYSTEM ENCLOSURES:

A. Provide the enclosure needed to hold all the cards and modules as specified with at least spare capacity for two cards. The enclosures shall be black. The outer doors shall be capable of being a left hand open or a right hand open. The inner door shall have a left hand opening. System enclosure doors shall provide where required ventilation for the modules or cards in the enclosure.

B. Provide system enclosure for all amplifiers. Where required by the manufacturer, provide means for venting heat from the enclosure either by having enclosure sides and top vented or the doors vented.

C. FATC – Fire Alarm Terminal Cabinets shall be hinged cover enclosure as specified in section 16130. The fire alarm terminal box shall be labeled as shown on drawings.

2.6 SYSTEM PRINTER

A. The system printer shall be operated from a Remote Printer Module (RPM), which shall be mount in the enclosure. This module shall provide a parallel port and 2 serial ports for RS 232 protocol. One of the serial ports shall be able to be programmed for RS485 protocol. Supervised network connection shall be either Style 4 or 7 as required by local requirements. The module shall be model number RPM.

B. The logging printer shall be "UL" listed with the system. This parallel printer shall be supervised for: On/Off line, out of paper, paper jam, power off, and connection the system. The printer shall be a; high speed, 24 dot matrix, wide carriage, and capable of using tractor or friction fed paper. The printer shall contain diagnostic LED's for ease in maintenance. The printer shall be module number PAL-1.

2.7 REMOTE ANNUNCIATORS

A. The remote annunciator shall be a system display.

B. The System Status Display shall be a 4-line 40-character display with backlit screen for easy viewing. The module shall be connected to the network allowing it to be placed any where on the system. The system display shall have local sounder with silence control, local acknowledgement, local scrolling. The module shall be model number SSD.

C. The annunciators shall receive vectored information such as; all events, Alarm only, Supervisory only, or Trouble only.

2.8 DEVICE PROGRAMMING UNIT (DPU):

A. The programming tool shall program the intelligent devices with device addresses. The unit shall test both the loop wiring for grounds, opens and shorts. Systems not having this ability shall, tests all the above items and provide a written report documenting the testing procedure as required in the submittal section.

B. The system programmer shall print labels for all addressable devices and contain the complete SLC circuit and device numbers

C. The programming tool shall test device communication and report a summary list of all devices on signaling line circuit listed by type, by individual address. Devices shall report normal operation, alarm, trouble or multiple addresses programmed at the same address to aid in system troubleshooting.

2.9 INTELLIGENT INITIATION DEVICES

A. All initiation devices shall be insensitive to initiating loop polarity. Specifically, the devices shall be insensitive to plus/minus voltage connections on either Style 4 or Style 6 circuits.

B. The smoke detector shall be an intelligent digital photoelectric detector with a programmable heat detector. Detectors shall be listed for use as open area protective coverage, in duct installation and sampling assembly installation and shall be insensitive to air velocity changes. The detector communications shall allow the detector to provide alarm input to the system and alarm output from the system within four (4) seconds. Detectors shall be programmable as application specific, selected in software for a minimum of eleven environmental fire profiles unique to the installed location. These fire profiles shall eliminate the possibility of false indications caused by dust, moisture, RFI/EMI, chemical fumes and air movement while factoring in conditions of ambient temperature rise, obscuration rate changes and hot/cold smoke phenomenon into the alarm decision to give the earliest possible real alarm condition report. The intelligent smoke detector shall be capable of providing three distinct outputs from the control panel. The outputs shall be from an input of smoke obscuration, a thermal condition or a combination of obscuration and thermal conditions. The detector shall be designed to eliminate calibration errors associated with field cleaning of the chamber. The detector shall support the use of a relay and LED remote indicator at the same time. Low profile, white case shall not exceed 2.5 inches of extension below the finish ceiling. Detector wiring shall not require any special shielded cable. The smoke detector shall be model number HFP-11.

C. Thermal Detectors shall be rated at 135 degrees fixed temperature and 15 degrees per minute rate of rise. Detectors shall be constructed to compensate for the thermal lag inherent in conventional type detectors due to the thermal mass, and alarm at the set point of 135 degrees Fahrenheit. The choice of alarm reporting as a fixed temperature detector or a combination of fixed and rate of rise shall be made in system software and be changeable at any time without the necessity of hardware replacement. The detectors furnished shall have a listed spacing for coverage up to 2,500 square feet and shall be installed according to the requirements of NFPA 72 for open area coverage. The thermal detector shall be model number HFPT-11.

D. The smoke detector shall be an intelligent digital photoelectric detector with a programmable heat detector. Detectors shall be listed for use as open area protective coverage, in duct installation and sampling assembly installation and shall be insensitive to air velocity changes. The detector communications shall allow the detector to provide alarm input to the system and alarm output from the system within four (4) seconds. The detector shall be mounted in a duct detector housing listed for that purpose. The duct detector shall support the use of a remote test switch, relay or LED remote indicator. The duct detector shall be supplied with the appropriate sampling tubes to fit the installation. Where duct detectors are exposed to the weather provide a weatherproof enclosure. The intelligent duct detector shall be model number AD-11 Series.

Property of the United States Government
Unclassified/For Official Use Only

E. Detector bases shall be low profile twist lock type with screw clamp terminals and self-wiping contacts. Bases shall be installed on an industry standard, 4" square or octagonal electrical outlet box. The model number for the standard base shall be DB-11.

1. Where selective localized control of electrical devices is required for system operation, furnish and install detector base with software programmed addressable relay integral to the base. The relay shall switch electrical loads within relay ratings, as indicated on the drawings. Operation of the addressable control circuit shall be independent of the number of detectors and relays on the circuit or the number in an alarm state. Relay bases shall be rated for resistive or inductive load (120VAC or 30VDC) 3 amps. The relay base shall be model number DB-HR.
2. Where indicated on the drawings, furnish detector base with integral approved audible evacuation alarm signal having an output of 85db. The audible signal shall be individually addressable and software programmed for operation. The audible base shall be model number ADBH-11.

F. Provide double action addressable manual stations where shown on the drawings, to be flush or surface mounted as required. Manual stations shall contain the intelligence for reporting address, identity, alarm and trouble to the fire alarm control panel. The manual station communications shall allow the station to provide alarm input to the system and alarm output from the system within less than four (4) seconds. The manual station shall be equipped with terminal strip and pressure style screw terminals for the connection of field wiring. Surface mounted stations where indicated on the drawings shall be mounted using a manufacturer's prescribed matching red enamel outlet box. The double action pull station shall be model number HMS-2S.

G. Addressable Interface Devices shall be provided to monitor contacts for such items as water-flow, tamper, and PIV switches connected to the fire alarm system. These interface devices shall be able to monitor a single or dual contacts. An address will be provided for each device and all physical devices shall require only one address on a signaling line circuit regardless of the number of circuits on an individual module. Where remote supervised relay is required the interface shall be equipped with a SPDT relay rated for 4 amps resistive and 3.5 amps inductive. The addressable interface modules shall be model number HTRI Series.

H. Where needed a Conventional Zone Module shall connect to the Signal Line Circuit, which will allow the use of conventional initiation devices. This module shall have the ability to support up to 15 convention smoke detectors and an unlimited number of contact devices. This module shall also be capable of monitoring Linear Beam detectors as well as Flame detectors. The module shall be model HZM.

2.10 CONVENTIONAL INITIATION DEVICES:

A. Ionization Smoke Detector shall be dual chamber type and have the ability to have the sensitivity changed. The detector shall be capable of operating a remote LED or relay. The detector shall be listed for open area and HVAC use. Provide detector base, and where shown on drawings detector LED or relay. This detector shall be connected to a HZM module or a CDC Card. The smoke detector shall be model number DI-3 Series w/ DB-3 S Series bases.

B. Heat Detector explosion proof shall be rate compensation type detector rated for 140° up to 450°. Provide detector with temperature ratings for the appropriate application or as indicated on drawings. The detector shall mount in an explosion proof electrical box with a ½ inch NPT

in cover. This detector shall be connected to a HZM module or a CDC Card. The explosion proof thermal detectors shall be model number DT-EX Series.

C. Heat Detector 135° F Rate of Rise detector shall be a dual heat detector using the rate of rise and fixed temperature principles. Rate of rise portion shall operate when a change of temperature exceeds 15° within 60 seconds. The fixed temperature portion shall operate at rated temperature. The detector shall mount to a standard electrical 4" box. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-135R.

D. Heat Detector 200° F Rate of Rise detector shall be a dual heat detector using the rate of rise and fixed temperature principles. Rate of rise portion shall operate when a change of temperature exceeds 15° within 60 seconds. The fixed temperature portion shall operate at rated temperature. The detector shall mount to a standard electrical 4" box. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-200R.

E. Heat Detector 135° F Fixed temperature portion shall operate at the rated temperature. The detector shall mount to a standard electrical 4" box. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-135F.

F. Heat Detector 200° F Fixed temperature portion shall operate at the rated temperature. The detector shall mount to a standard electrical 4" box. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-200F.

G. Heat Detector 135° F Rate Compensated shall use the rate compensation principle of detection. This type of detector compensates for the thermal lag inherent in heat detectors. The detector shall mount in a standard electrical box with a ½ inch knock out in cover. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-135CS.

H. Heat Detector 200° F Rate Compensated shall use the rate compensation principle of detection. This type of detector compensates for the thermal lag inherent in heat detectors. The detector shall mount in a standard electrical box with a ½ inch knock out in cover. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-200CS.

I. Heat Detector 135° F Rate Compensated Weatherproof shall use the rate compensation principle of detection. This type of detector compensates for the thermal lag inherent in heat detectors. The detector shall mount in a weatherproof electrical box with a ½ inch knock out in cover. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-135WP.

J. Heat Detector 200° F Rate Compensated Weatherproof shall use the rate compensation principle of detection. This type of detector compensates for the thermal lag inherent in heat detectors. The detector shall mount in a weatherproof electrical box with a ½ inch knock out in cover. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-200WP.

K. Photoelectric Smoke Detector shall be microprocessor operated providing indication of detector trouble. The detector shall have a tri colored LED, green for normal, red for alarm and amber

Property of the United States Government
Unclassified//For Official Use Only

for trouble. The detector shall have supervised optics and shall provide an indication when detector requires service. The detector shall be low profile and plug into a twist lock base. The base shall have the ability to have a relay or an audible base as needed. This detector shall be connected to a HZM module or a CDC card. The photoelectric smoke detector shall be model number PE-11.

L. Electronic Thermal Detector 135° F is a fixed temperature self-restoring detector. The detector is rated for 2500 sq. ft. coverage. The detector shall be low profile and plug into a twist lock base. The base shall have the ability to have a relay or an audible base as needed. This detector shall be connected to a HZM module or a CDC card. The thermal detector shall be model number DT-11.

M. Air Sampling detector shall be laser based using a piping system and a fan to transport the particles of combustion to the detector. The detector shall be capable of 4 different pipe configurations to cover a wide area of application. There shall be 4 levels of alarm and a trouble condition from each detector. The air being sampled shall pass through a filter to reduce the amount of dust before entering the detection chamber. A second stage of filtration is used to provide very clean air to protect the optical surfaces of the detector from contamination. Passive spot detection not using a piping system shall reduce the listed coverage by 75%. The air-sampling detector shall be model VESDA Laser Plus.

N. Air Sampling Scanner detector shall be laser based using a piping system and a fan to transport the particles of combustion to the detector. The detector shall be capable of 4 different pipe configurations to cover a wide area of application. There shall be 4 levels of alarm and a trouble condition from each detector. The air being sampled shall pass through a filter to reduce the amount of dust before entering the detection chamber. A second stage of filtration is used to provide very clean air to protect the optical surfaces of the detector from contamination. The detector shall also have a valve mechanism in the inlet manifold and software to control the airflow from the 4 piping arrangements. This provides 4 distinct zones of detection within the hazard area. Passive spot detection not using a piping system shall reduce the listed coverage by 75%. The air-sampling detector shall be model number VESDA Laser Scanner.

O. Air Sampling Compact detector shall be laser based using a piping system and a fan to transport the particles of combustion to the detector. The detector shall a single pipe configuration to cover the area of application. There shall be 3 levels of alarm and a trouble condition from each detector. The air being sampled shall pass through a filter to reduce the amount of dust before entering the detection chamber. A second stage of filtration is used to provide very clean air to protect the optical surfaces of the detector from contamination. Passive spot detection not using a piping system shall have their list coverage reduced by 75%. The air-sampling detector shall be model number VESDA Compact.

P. UV Flame Detector senses ultra-violet radiation from flames of flammable liquids or combustible gases. The ultra-violet wavelength of 1850 to 2600 Angstroms is the operating range of the detector. All other UV radiation shall be filtered out to prevent unwanted alarms. The detector shall be low profile and plug into a twist lock base. The base shall have the ability to have a relay or an audible base as needed. This detector shall be connected to a HZM module or a CDC card. The UV flame detector shall be model number DF-30.

Q. IR Flame detector shall be intrinsically safe for use in Class 1, Division 1, Groups A, B, C and D hazardous locations. The detector shall be weatherproof and solar blind where required. The detector is intended to protect high-risk areas that have; flammable liquid or gases, paper or

packing material or foamed plastics. The detector shall have built in circuits to reduce unwanted alarms from heat sources other than flame. This detector shall be connected to a HZM module or a CDC card. When the intrinsically safe model is required it shall be connected to the HZM module only. The IR flame detector shall be model number S-121/S122 Series.

R. Linear Beam Detector shall be a single unit containing the transmitter and receiver in the same enclosure. This detector can operate over a range from 17 ft to 280 ft. The detector shall have three sensitivity settings, shall have high immunity to extraneous light, and have automatic and comprehensive test. This detector shall be connected to a HZM module or a CDC card. The linear beam detector shall be model number PBA-1191.

2.11 NOTIFICATION APPLIANCES

A. Description: Equipped for mounting as indicated and with screw terminals for system connections.

1. Combination Devices: Factory-integrated audible and visible devices in a single-mounting assembly.

B. Bells: Electric-vibrating, 24-V dc, under-dome type; with provision for housing the operating mechanism behind the bell. Bells shall produce a sound-pressure level of 94 dBA, measured 10 feet (3 m) from the bell. 10-inch (254-mm) size, unless otherwise indicated. Bells are weatherproof where indicated.

C. Chimes, Low-Level Output: Vibrating type, 75-dBA minimum rated output.

D. Chimes, High-Level Output: Vibrating type, 81-dBA minimum rated output.

E. Horns: Electric-vibrating-polarized type, 24-V dc; with provision for housing the operating mechanism behind a grille. Horns shall produce a sound-pressure level of 90 dBA, measured 10 feet (3 m) from the horn.

F. Visible Alarm Devices: Xenon strobe lights listed under UL 1971, with clear or nominal white polycarbonate lens mounted on a faceplate. The word "FIRE" is engraved in minimum 1-inch- (25-mm-) high letters on the lens. The strobe only appliance as indicated on the drawings shall be a synchronized strobe light with candela rating to meet the intended application. The appliance shall be red for wall mounting and white for ceiling mounted. Ceiling mounted appliances shall be rated for that application.

G. Voice Speakers:

1. UL 1480 listed.
2. High-Range Units: Rated 2 to 15 W.
3. Mounting: Flush, semirecessed, or surface mounted; bidirectional as indicated.
4. Matching Transformers: Tap range matched to the acoustical environment of the speaker location.

H. The speaker/strobe or speaker appliance as indicated on the drawings shall have a synchronized strobe light with candela ratings to meet the intended application. The appliance shall be red for

wall mounting and white for ceiling mounted. Ceiling mounted appliances shall be rated for that application.

I An alarm extender panel shall be provided where needed. The power supply shall be a minimum of 6 amps. The power supply shall contain four supervised notification circuits maximum of 3 amps each circuit. The power supply shall contain built-in synchronizing modules for strobes and audibles. There shall be a 3 amp filtered auxiliary power limited output. There shall be a minimum of 8 options as to the operations of the inputs and outputs. The model number shall be PAD-3 or equal.

## 2.12 FIREFIGHTERS' TWO-WAY TELEPHONE COMMUNICATION SERVICE

A. Dedicated, two-way, supervised, telephone voice communication links between the FACP, and remote firefighters' telephone stations. Supervised telephone lines shall be connected to talk circuits by controls in a control module. Provide the following:

1. Selective-talk type for use by firefighters and fire wardens.
2. Controls to disconnect phones from talk circuits if too many phones are in use simultaneously.
3. Audible Pulse and Tone Generator, and High-Intensity Lamp: When a remote telephone is activated, it causes audible signal to sound and high-intensity lamp to flash.
4. Selector panel controls simultaneous operation of telephones in selected zones and permits up to five phones to be operated simultaneously. Indicate ground faults and open or shorted telephone lines on the panel front by individual LEDs.
5. Provide liquid-crystal digital display to indicate location of caller.
6. Remote Telephone Cabinet: Flush or surface-mounted cabinet, as indicated, factory-standard red finish, with handset.

   a. Install one-piece handset to cabinet with vandal-resistant armored cord. Silk-screened or engraved label on cabinet door, designating "Fire Fighters Telephone."
7. Telephones are zoned by floor.

## 2.13 MAGNETIC DOOR HOLDERS

A. Description: Units are equipped for wall or floor mounting as indicated and are complete with matching door plate.

1. Electromagnet: Requires no more than 3 W to develop 25-lbf (111-N) holding force.
2. Wall-Mounted Units: Flush mounted, unless otherwise indicated.

B. Material and Finish: Match door hardware.

## 2.14 NETWORK CONNECTION

A. FACP shall be connected to the (NCC) Network Command Center via fiber. Fiber shall be provided by the Government. Conduit, modems and associated hardware shall be supplied and connected by contractor.

B. Functional Performance: The NCC receives all alarm, supervisory, or trouble signals from the FACP with complete command and control of the FACP.

2.15 WIRE AND CABLE

A. Wire and cable for fire alarm systems shall be UL listed and labeled as complying with NFPA 70, Article 760.

B. Signaling Line Circuits: Twisted, shielded pair, not less than #18 AWG.

1. Circuit Integrity Cable: Twisted shielded pair, NFPA 70 Article 760, Classification CI, for power-limited fire alarm signal service. UL listed as Type FPL, and complying with requirements in UL 1424 and in UL 2196 for a 2-hour rating.

C. Non-Power-Limited Circuits: Solid-copper conductors with 600-V rated, 75 deg C, color-coded insulation.

1. Low-Voltage Circuits: No. 16 AWG, minimum.
2. Line-Voltage Circuits: No. 12 AWG, minimum.
3. Multiconductor Armored Cable: NFPA 70 Type MC, copper conductors, TFN/THHN conductor insulation, copper drain wire, copper armor with outer jacket with red identifier stripe, UL listed for fire alarm and cable tray installation, plenum rated, and complying with requirements in UL 2196 for a 2-hour rating.

PART 3 - EXECUTION

3.1 EQUIPMENT INSTALLATION

A. Connecting to Existing Equipment: Verify that existing fire alarm system is operational before making changes or connections.

1. Connect existing equipment to the new control panel in the existing building.
2. Connect new equipment to the existing monitoring equipment (NCC).
3. Expand, modify, and supplement the existing monitoring and control equipment as necessary to incorporate the new system. New components shall be capable of merging with the existing configuration without degrading the performance of either system.
4. Provide programming and graphics in the existing NCC to incorporate all devices installed in the building.

B. Smoke or Heat Detector Spacing:

1. Smooth ceiling spacing shall not exceed 30 feet (9 m).
2. Spacing of heat detectors for irregular areas, for irregular ceiling construction, and for high ceiling areas, shall be determined according to Appendix A in NFPA 72.
3. Spacing of heat detectors shall be determined based on guidelines and recommendations in NFPA 72.

C. HVAC: Locate detectors not closer than 3 feet (1 m) from air-supply diffuser or return-air opening.

D. Duct Smoke Detectors: Comply with NFPA 72 and NFPA 90A. Install sampling tubes so they extend the full width of the duct.

E. Remote Status and Alarm Indicators: Install near each smoke detector and each sprinkler water-flow switch and valve-tamper switch that is not readily visible from normal viewing position.

F. Visible Alarm-Indicating Devices: Install adjacent to each alarm bell or alarm horn and at least 6 inches (150 mm) below the ceiling.

G. Device Location-Indicating Lights: Locate in public space near the device they monitor.

H. FACP: Surface mount with tops of cabinets not more than 72 inches (1830 mm) above the finished floor.

I. Annunciator: Install with top of panel not more than 72 inches (1830 mm) above the finished floor.

3.2 WIRING INSTALLATION

A. Install wiring according to the following:

1. NECA 1.
2. TIA/EIA 568-A.

B. Wiring Method: Install wiring in metal raceway according to Division 16 Section "Raceways and Boxes."

1. Fire alarm circuits and equipment control wiring associated with the fire alarm system shall be installed in a dedicated raceway system. This system shall not be used for any other wire or cable.

C. Wiring Method:

1. Cables and raceways used for fire alarm circuits, and equipment control wiring associated with the fire alarm system, may not contain any other wire or cable.
2. Fire-Rated Cables: Use of 2-hour fire-rated fire alarm cables, NFPA 70 Types MI and CI, is permitted.
3. Signaling Line Circuits: Power-limited fire alarm cables may be installed in the same cable or raceway as signaling line circuits.

D. Wiring within Enclosures: Separate power-limited and non-power-limited conductors as recommended by manufacturer. Install conductors parallel with or at right angles to sides and back of the enclosure. Bundle, lace, and train conductors to terminal points with no excess. Connect conductors that are terminated, spliced, or interrupted in any enclosure associated with the fire alarm system to terminal blocks. Mark each terminal according to the system's wiring diagrams. Make all connections with approved crimp-on terminal spade lugs, pressure-type terminal blocks, or plug connectors.

E. Cable Taps: Use numbered terminal strips in junction, pull, and outlet boxes, cabinets, or equipment enclosures where circuit connections are made.

F. Color-Coding: Color-code fire alarm conductors differently from the normal building power wiring. Use one color-code for alarm circuit wiring and a different color-code for supervisory circuits. Color-code audible alarm-indicating circuits differently from alarm-initiating circuits. Use different colors for visible alarm-indicating devices. Paint fire alarm system junction boxes and covers red.

G. Risers: Install at least two vertical cable risers to serve the fire alarm system. Separate risers in close proximity to each other with a minimum 1-hour-rated wall, so the loss of one riser does not prevent the receipt or transmission of signals from other floors or zones. Use 2 hour fire rated fire alarm cable for riser in conduit.

H. Wiring to NCC: 3/4-inch (25-mm) conduit with pull string between the FACP and the telephone closet. Fiber shall be provided by the Government.

3.3 IDENTIFICATION

A. Identify system components, wiring, cabling, and terminals according to Division 16 Section "Basic Electrical Materials and Methods."

B Install instructions frame in a location visible from the FACP.

C. Paint power-supply disconnect switch red and label "FIRE ALARM."

3.4 GROUNDING

A. Ground the FACP and associated circuits; comply with IEEE 1100. Install a ground wire from main service ground to the FACP.

3.5 FIELD QUALITY CONTROL

A. Manufacturer's Field Service: Engage a factory-authorized service representative to inspect, test, and adjust field-assembled components and equipment installation, including connections, and to assist in field testing. Report results in writing.

B. Perform the following field tests and inspections and prepare test reports:

1. Before requesting final approval of the installation, submit a written statement using the form for Record of Completion shown in NFPA 72.
2. Perform each electrical test and visual and mechanical inspection listed in NFPA 72. Certify compliance with test parameters. All tests shall be conducted under the direct supervision of a NICET technician certified under the Fire Alarm Systems program at Level III.

   a. Include the existing system in tests and inspections.

3. Visual Inspection: Conduct a visual inspection before any testing. Use as-built drawings and system documentation for the inspection. Identify improperly located, damaged, or nonfunctional equipment, and correct before beginning tests.
4. Testing: Follow procedure and record results complying with requirements in NFPA 72.

a. Detectors that are outside their marked sensitivity range shall be replaced.

5. Test and Inspection Records: Prepare according to NFPA 72, including demonstration of sequences of operation by using the matrix-style form in Appendix A in NFPA 70.
   a. Records shall consist of:
      1) NFPA 72 certificate of completion.
      2) Print out of history log of all devices tested.
      3) Print out of configuration program.

3.6 ADJUSTING

A. Occupancy Adjustments: When requested within 12 months of date of Substantial Completion, provide on-site assistance in adjusting system to suit actual occupied conditions. Provide up to two visits to Project outside normal occupancy hours for this purpose.

3.7 DEMONSTRATION

A. Engage a factory-authorized service representative to train Owner's maintenance personnel to adjust, operate, and maintain the fire alarm system, appliances, and devices. Refer to Division 1 Section "Closeout Procedures and Demonstration and Training."

END OF SECTION 13851

# SECTION 16050 - BASIC ELECTRICAL MATERIALS AND METHODS

## PART 1 - GENERAL

### 1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

### 1.2 SUMMARY

A. This Section includes the following:

1. Raceways.
2. Building wire and connectors.
3. Supporting devices for electrical components.
4. Electrical identification.
5. Electrical demolition.
6. Cutting and patching for electrical construction.
7. Touchup painting.

### 1.3 DEFINITIONS

A. EMT: Electrical metallic tubing.

B. FMC: Flexible metal conduit.

### 1.4 QUALITY ASSURANCE

A. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B. Comply with NFPA 70.

### 1.5 COORDINATION

A. Coordinate chases, slots, inserts, sleeves, and openings with general construction work and arrange in building structure during progress of construction to facilitate the electrical installations that follow.

B. Coordinate location of access panels and doors for electrical items that are concealed by finished surfaces. Access doors and panels are specified in Division 8 Section "Access Doors."

C. Where electrical identification devices are applied to field-finished surfaces, coordinate installation of identification devices with the finished surface.

PART 2 - PRODUCTS

2.1 RACEWAYS

A. EMT: ANSI C80.3, zinc-coated steel, with set-screw or compression fittings.

B. FMC: Zinc-coated steel.

C. Raceway Fittings: Specifically designed for the raceway type with which used.

2.2 CONDUCTORS

A. Conductors, No. 10 AWG and Smaller: Solid or stranded copper.

B. Conductors, Larger Than No. 10 AWG: Stranded copper.

C. Insulation: Thermoplastic, rated at 75 deg C minimum.

D. Wire Connectors and Splices: Units of size, ampacity rating, material, type, and class suitable for service indicated.

2.3 SUPPORTING DEVICES

A. Material: Cold-formed steel, with corrosion-resistant coating acceptable to authorities having jurisdiction.

B. Metal Items for Use Outdoors or in Damp Locations: Hot-dip galvanized steel.

C. Slotted-Steel Channel Supports: Flange edges turned toward web, and 9/16-inch- (14-mm-) diameter slotted holes at a maximum of 2 inches (50 mm) o.c., in webs.

1. Channel Thickness: Selected to suit structural loading.
2. Fittings and Accessories: Products of the same manufacturer as channel supports.

D. Raceway and Cable Supports: Manufactured clevis hangers, riser clamps, straps, threaded C-clamps with retainers, ceiling trapeze hangers, wall brackets, and spring-steel clamps or click-type hangers.

E. Pipe Sleeves: ASTM A 53, Type E, Grade A, Schedule 40, galvanized steel, plain ends.

F. Cable Supports for Vertical Conduit: Factory-fabricated assembly consisting of threaded body and insulating wedging plug for nonarmored electrical cables in riser conduits. Plugs have number and size of conductor gripping holes as required to suit individual risers. Body constructed of malleable-iron casting with hot-dip galvanized finish.

G. Expansion Anchors: Carbon-steel wedge or sleeve type

H. Toggle Bolts: All-steel springhead type.

I. Powder-Driven Threaded Studs: Heat-treated steel.

## 2.4 ELECTRICAL IDENTIFICATION

A. Identification Devices: A single type of identification product for each application category. Use colors prescribed by ANSI A13.1, NFPA 70, and these Specifications.

B. Raceway and Cable Labels: Comply with ANSI A13.1, Table 3, for minimum size of letters for legend and minimum length of color field for each raceway and cable size.

1. Type: Pretensioned, wraparound plastic sleeves. Flexible, preprinted, color-coded, acrylic band sized to suit the diameter of the item it identifies.
2. Type: Preprinted, flexible, self-adhesive, vinyl. Legend is overlaminated with a clear, weather- and chemical-resistant coating.
3. Color: Black letters on orange background.
4. Legend: Indicates voltage.

C. Colored Adhesive Marking Tape for Raceways, Wires, and Cables: Self-adhesive vinyl tape, not less than 1 inch wide by 3 mils thick (25 mm wide by 0.08 mm thick).

D. Tape Markers for Wire: Vinyl or vinyl-cloth, self-adhesive, wraparound type with preprinted numbers and letters.

E. Color-Coding Cable Ties: Type 6/6 nylon, self-locking type. Colors to suit coding scheme.

F. Engraved-Plastic Labels, Signs, and Instruction Plates: Engraving stock, melamine plastic laminate punched or drilled for mechanical fasteners 1/16-inch (1.6-mm) minimum thickness for signs up to 20 sq. in. (129 sq. cm) and 1/8-inch (3.2-mm) minimum thickness for larger sizes. Engraved legend in black letters on white background.

G. Interior Warning and Caution Signs: Comply with 29 CFR, Chapter XVII, Part 1910.145. Preprinted, aluminum, baked-enamel-finish signs, punched or drilled for mechanical fasteners, with colors, legend, and size appropriate to the application.

H. Fasteners for Nameplates and Signs: Self-tapping, stainless-steel screws or No. 10/32 stainless-steel machine screws with nuts and flat and lock washers.

## 2.5 TOUCHUP PAINT

A. For Equipment: Equipment manufacturer's paint selected to match installed equipment finish.

B. Galvanized Surfaces: Zinc-rich paint recommended by item manufacturer.

# PART 3 - EXECUTION

3.1 ELECTRICAL EQUIPMENT INSTALLATION

A. Headroom Maintenance: If mounting heights or other location criteria are not indicated, arrange and install components and equipment to provide the maximum possible headroom.

B. Materials and Components: Install level, plumb, and parallel and perpendicular to other building systems and components, unless otherwise indicated.

C. Equipment: Install to facilitate service, maintenance, and repair or replacement of components. Connect for ease of disconnecting, with minimum interference with other installations.

D. Right of Way: Give to raceways and piping systems installed at a required slope.

3.2 RACEWAY APPLICATION

A. Use the following raceways for outdoor installations:

1. Exposed: IMC.
2. Concealed: IMC.
3. Connection to Vibrating Equipment: LFMC.
4. Boxes and Enclosures: NEMA 250, Type 3R or Type 4.

B. Use the following raceways for indoor installations:

1. Exposed: EMT.
2. Concealed: EMT.
3. Connection to Vibrating Equipment: FMC; except in wet or damp locations, use LFMC.
4. Damp or Wet Locations: IMC.
5. Boxes and Enclosures: NEMA 250, Type 1, unless otherwise indicated.

3.3 RACEWAY AND CABLE INSTALLATION

A. Conceal raceways and cables, unless otherwise indicated, within finished walls, ceilings, and floors.

B. Install raceways and cables at least 6 inches (150 mm) away from parallel runs of flues and steam or hot-water pipes. Locate horizontal raceway runs above water and steam piping.

C. Use temporary raceway caps to prevent foreign matter from entering.

D. Make conduit bends and offsets so ID is not reduced. Keep legs of bends in the same plane and straight legs of offsets parallel, unless otherwise indicated.

E. Use raceway and cable fittings compatible with raceways and cables and suitable for use and location.

F. Install pull wires in empty raceways. Use No. 14 AWG zinc-coated steel or monofilament plastic line with not less than 200-lb (90-kg) tensile strength. Leave at least 12 inches (300 mm) of slack at each end of the pull wire.

Property of the United States Government
Unclassified//For Official Use Only

G. Install telephone and signal system raceways, 2-inch trade size (DN53) and smaller, in maximum lengths of 150 feet (45 m) and with a maximum of two 90-degree bends or equivalent. Separate lengths with pull or junction boxes where necessary to comply with these requirements, in addition to requirements above.

H. Connect motors and equipment subject to vibration, noise transmission, or movement with a maximum of 72-inch (1830-mm) flexible conduit. Install LFMC in wet or damp locations. Install separate ground conductor across flexible connections.

I. Set floor boxes level and trim after installation to fit flush to finished floor surface.

3.4 WIRING METHODS FOR POWER, LIGHTING, AND CONTROL CIRCUITS

A. Feeders: Type THHN/THWN insulated conductors in raceway.

B. Branch Circuits: Type THHN/THWN insulated conductors in raceway.

C. Remote-Control Signaling and Power-Limited Circuits: Type THHN/THWN insulated conductors in raceway for Classes 1, 2, and 3, unless otherwise indicated.

3.5 WIRING INSTALLATION

A. Install splices and taps that are compatible with conductor material and that possess equivalent or better mechanical strength and insulation ratings than unspliced conductors.

B. Install wiring at outlets with at least 12 inches (300 mm) of slack conductor at each outlet.

C. Connect outlet and component connections to wiring systems and to ground. Tighten electrical connectors and terminals, according to manufacturer's published torque-tightening values. If manufacturer's torque values are not indicated, use those specified in UL 486A.

3.6 ELECTRICAL SUPPORTING DEVICE APPLICATION

A. Damp Locations and Outdoors: Hot-dip galvanized materials or nonmetallic, U-channel system components.

B. Dry Locations: Steel materials.

C. Selection of Supports: Comply with manufacturer's written instructions.

D. Strength of Supports: Adequate to carry present and future loads, times a safety factor of at least four; minimum of 200-lb (90-kg) design load.

3.7 SUPPORT INSTALLATION

A. Install support devices to securely and permanently fasten and support electrical components.

B. Install individual and multiple raceway hangers and riser clamps to support raceways. Provide U-bolts, clamps, attachments, and other hardware necessary for hanger assemblies and for securing hanger rods and conduits.

C. Support parallel runs of horizontal raceways together on trapeze- or bracket-type hangers.

D. Size supports for multiple raceway installations so capacity can be increased by a 25 percent minimum in the future.

E. Support individual horizontal raceways with separate, malleable-iron pipe hangers or clamps.

F. Install 1/4-inch- (6-mm-) diameter or larger threaded steel hanger rods, unless otherwise indicated.

G. Spring-steel fasteners specifically designed for supporting single conduits or tubing may be used instead of malleable-iron hangers for 1-1/2-inch (38-mm) and smaller raceways serving lighting and receptacle branch circuits above suspended ceilings and for fastening raceways to slotted channel and angle supports.

H. Arrange supports in vertical runs so the weight of raceways and enclosed conductors is carried entirely by raceway supports, with no weight load on raceway terminals.

I. Simultaneously install vertical conductor supports with conductors.

J. Separately support cast boxes that are threaded to raceways and used for fixture support. Support sheet-metal boxes directly from the building structure or by bar hangers. If bar hangers are used, attach bar to raceways on opposite sides of the box and support the raceway with an approved fastener not more than 24 inches (610 mm) from the box.

K. Install metal channel racks for mounting cabinets, panelboards, disconnect switches, control enclosures, pull and junction boxes, transformers, and other devices unless components are mounted directly to structural elements of adequate strength.

L. Install sleeves for cable and raceway penetrations of concrete slabs and walls unless core-drilled holes are used. Install sleeves for cable and raceway penetrations of masonry and fire-rated gypsum walls and of all other fire-rated floor and wall assemblies..

M. Securely fasten electrical items and their supports to the building structure, unless otherwise indicated. Perform fastening according to the following unless other fastening methods are indicated:
   1. Masonry: Toggle bolts on hollow masonry units and expansion bolts on solid masonry units.
   2. Existing Concrete: Expansion bolts.
   3. Instead of expansion bolts, threaded studs driven by a powder charge and provided with lock washers may be used in existing concrete.
   4. Steel: Welded threaded studs or spring-tension clamps on steel.
      a. Field Welding: Comply with AWS D1.1.
   5. Welding to steel structure may be used only for threaded studs, not for conduits, pipe straps, or other items.

6. Light Steel: Sheet-metal screws.
7. Fasteners: Select so the load applied to each fastener does not exceed 25 percent of its proof-test load.

3.8 IDENTIFICATION MATERIALS AND DEVICES

A. Install at locations for most convenient viewing without interference with operation and maintenance of equipment.

B. Coordinate names, abbreviations, colors, and other designations used for electrical identification with corresponding designations indicated in the Contract Documents or required by codes and standards. Use consistent designations throughout Project.

C. Self-Adhesive Identification Products: Clean surfaces before applying.

D. Identify raceways and cables with color banding as follows:

1. Bands: Pretensioned, snap-around, colored plastic sleeves or colored adhesive marking tape. Make each color band 2 inches (51 mm) wide, completely encircling conduit, and place adjacent bands of two-color markings in contact, side by side.
2. Band Locations: At changes in direction, at penetrations of walls and floors, at 50-foot (15-m) maximum intervals in straight runs, and at 25-foot (8-m) maximum intervals in congested areas.
3. Colors: As follows:

a. Fire Alarm System: Red.

E. Tag and label circuits designated to be extended in the future. Identify source and circuit numbers in each cabinet, pull and junction box, and outlet box. Color-coding may be used for voltage and phase identification.

F. Color-code 208/120-V system secondary service, feeder, and branch-circuit conductors throughout the secondary electrical system as follows:

1. Phase A: Black.
2. Phase B: Red.
3. Phase C: Blue.

G. Color-code 480/277-V system secondary service, feeder, and branch-circuit conductors throughout the secondary electrical system as follows:

1. Phase A: Yellow.
2. Phase B: Brown.
3. Phase C: Orange.

H. Install warning, caution, and instruction signs where required to comply with 29 CFR, Chapter XVII, Part 1910.145, and where needed to ensure safe operation and maintenance of electrical systems and of items to which they connect. Install engraved plastic-laminated instruction signs with approved legend where instructions are needed for system or equipment operation. Install metal-backed butyrate signs for outdoor items.

Property of the United States Government
Unclassified//For Official Use Only

I. Install engraved laminated emergency-operating signs with white letters on red background with minimum 3/8-inch- (9-mm-) high lettering for emergency instructions on power transfer, load shedding, and other emergency operations.

## 3.9 FIRESTOPPING

A. Apply firestopping to cable and raceway penetrations of fire-rated floor and wall assemblies to achieve fire-resistance rating of the assembly. Firestopping materials and installation requirements are specified in Division 7 Section "Firestopping."

## 3.10 DEMOLITION

A. Protect existing electrical equipment and installations indicated to remain. If damaged or disturbed in the course of the Work, remove damaged portions and install new products of equal capacity, quality, and functionality.

B. Accessible Work: Remove exposed electrical equipment and installations, indicated to be demolished, in their entirety.

C. Abandoned Work: Cut and remove buried raceway and wiring, indicated to be abandoned in place, 2 inches (50 mm) below the surface of adjacent construction. Cap raceways and patch surface to match existing finish.

D. Remove demolished material from Project site.

E. Remove, store, clean, reinstall, reconnect, and make operational components indicated for relocation.

## 3.11 CUTTING AND PATCHING

A. Cut, channel, chase, and drill floors, walls, partitions, ceilings, and other surfaces required to permit electrical installations. Perform cutting by skilled mechanics of trades involved.

B. Repair and refinish disturbed finish materials and other surfaces to match adjacent undisturbed surfaces. Install new fireproofing where existing firestopping has been disturbed. Repair and refinish materials and other surfaces by skilled mechanics of trades involved.

## 3.12 FIELD QUALITY CONTROL

A. Inspect installed components for damage and faulty work, including the following:

1. Raceways.
2. Building wire and connectors.
3. Supporting devices for electrical components.
4. Electrical identification.
5. Electrical demolition.
6. Cutting and patching for electrical construction.
7. Touchup painting.

Property of the United States Government
Unclassified//For Official Use Only

3.13 REFINISHING AND TOUCHUP PAINTING

A. Refinish and touch up paint. Paint materials and application requirements are specified in Division 9 Section "Painting."

1. Clean damaged and disturbed areas and apply primer, intermediate, and finish coats to suit the degree of damage at each location.
2. Follow paint manufacturer's written instructions for surface preparation and for timing and application of successive coats.
3. Repair damage to galvanized finishes with zinc-rich paint recommended by manufacturer.
4. Repair damage to PVC or paint finishes with matching touchup coating recommended by manufacturer.

3.14 CLEANING AND PROTECTION

A. On completion of installation, including outlets, fittings, and devices, inspect exposed finish. Remove burrs, dirt, paint spots, and construction debris.

B. Protect equipment and installations and maintain conditions to ensure that coatings, finishes, and cabinets are without damage or deterioration at time of Substantial Completion.

END OF SECTION 16050

SECTION 16060 - GROUNDING AND BONDING

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. This Section includes grounding of electrical systems and equipment. Grounding requirements specified in this Section may be supplemented by special requirements of systems described in other Sections.

PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:

1. Grounding Conductors, Cables, Connectors, and Rods:

a. Apache Grounding/Erico Inc.
b. Boggs, Inc.
c. Chance/Hubbell.
d. Copperweld Corp.
e. Dossert Corp.
f. Erico Inc.; Electrical Products Group.
g. Framatome Connectors/Burndy Electrical.
h. Galvan Industries, Inc.
i. Harger Lightning Protection, Inc.
j. Hastings Fiber Glass Products, Inc.
k. Heary Brothers Lightning Protection Co.
l. Ideal Industries, Inc.
m. ILSCO.
n. Kearney/Cooper Power Systems.
o. Korns: C. C. Korns Co.; Division of Robroy Industries.
p. Lightning Master Corp.
q. Lyncole XIT Grounding.
r. O-Z/Gedney Co.; a business of the EGS Electrical Group.
s. Raco, Inc.; Division of Hubbell.
t. Robbins Lightning, Inc.
u. Salisbury: W. H. Salisbury & Co.
v. Superior Grounding Systems, Inc.

Property of the United States Government
Unclassified//For Official Use Only

w. Thomas & Betts, Electrical.

2.2 GROUNDING CONDUCTORS

A. For insulated conductors, comply with Division 16 Section "Conductors and Cables."

B. Equipment Grounding Conductors: Insulated with green-colored insulation.

C. Grounding Electrode Conductors: Stranded cable.

D. Bare Copper Conductors: Comply with the following:

1. Solid Conductors: ASTM B 3.
2. Assembly of Stranded Conductors: ASTM B 8.
3. Tinned Conductors: ASTM B 33.

E. Copper Bonding Conductors: As follows:

1. Bonding Cable: 28 kcmil, 14 strands of No. 17 AWG copper conductor, 1/4 inch (6.4 mm) in diameter.
2. Bonding Conductor: No. 4 or No. 6 AWG, stranded copper conductor.
3. Bonding Jumper: Bare copper tape, braided bare copper conductors, terminated with copper ferrules; 1-5/8 inches (42 mm) wide and 1/16 inch (1.5 mm) thick.
4. Tinned Bonding Jumper: Tinned-copper tape, braided copper conductors, terminated with copper ferrules; 1-5/8 inches (42 mm) wide and 1/16 inch (1.5 mm) thick.

F. Grounding Bus: Bare, annealed copper bars of rectangular cross section, with insulators.

2.3 CONNECTOR PRODUCTS

A. Comply with IEEE 837 and UL 467; listed for use for specific types, sizes, and combinations of conductors and connected items.

B. Bolted Connectors: Bolted-pressure-type connectors, or compression type.

C. Welded Connectors: Exothermic-welded type, in kit form, and selected per manufacturer's written instructions.

PART 3 - EXECUTION

3.1 APPLICATION

A. In raceways, use insulated equipment grounding conductors.

B. Exothermic-Welded Connections: Use for connections to structural steel and for underground connections, except those at test wells.

C. Equipment Grounding Conductor Terminations: Use bolted pressure clamps.

3.2 EQUIPMENT GROUNDING CONDUCTORS

A. Comply with NFPA 70, Article 250, for types, sizes, and quantities of equipment grounding conductors, unless specific types, larger sizes, or more conductors than required by NFPA 70 are indicated.

B. Install equipment grounding conductors in all feeders and circuits.

C. Busway Supply Circuits: Install insulated equipment grounding conductor from the grounding bus in the switchgear, switchboard, or distribution panel to equipment grounding bar terminal on busway.

D. Signal and Communication Systems: For fire alarm system, provide No. 4 AWG minimum insulated grounding conductor in raceway from grounding electrode system to fire command center.

1. Service and Central Equipment Locations and Wiring Closets: Terminate grounding conductor on a 1/4-by-2-by-12-inch (6.4-by-50-by-300-mm) grounding bus.
2. Terminal Cabinets: Terminate grounding conductor on cabinet grounding terminal.

3.3 CONNECTIONS

A. General: Make connections so galvanic action or electrolysis possibility is minimized. Select connectors, connection hardware, conductors, and connection methods so metals in direct contact will be galvanically compatible.

1. Use electroplated or hot-tin-coated materials to ensure high conductivity and to make contact points closer to order of galvanic series.
2. Make connections with clean, bare metal at points of contact.
3. Make aluminum-to-steel connections with stainless-steel separators and mechanical clamps.
4. Make aluminum-to-galvanized steel connections with tin-plated copper jumpers and mechanical clamps.
5. Coat and seal connections having dissimilar metals with inert material to prevent future penetration of moisture to contact surfaces.

B. Exothermic-Welded Connections: Comply with manufacturer's written instructions. Welds that are puffed up or that show convex surfaces indicating improper cleaning are not acceptable.

C. Equipment Grounding Conductor Terminations: For No. 8 AWG and larger, use pressure-type grounding lugs. No. 10 AWG and smaller grounding conductors may be terminated with winged pressure-type connectors.

D. Noncontact Metal Raceway Terminations: If metallic raceways terminate at metal housings without mechanical and electrical connection to housing, terminate each conduit with a grounding bushing. Connect grounding bushings with a bare grounding conductor to grounding bus or terminal in housing. Bond electrically noncontinuous conduits at entrances and exits with grounding bushings and bare grounding conductors, unless otherwise indicated.

E. Tighten screws and bolts for grounding and bonding connectors and terminals according to manufacturer's published torque-tightening values. If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

F. Compression-Type Connections: Use hydraulic compression tools to provide correct circumferential pressure for compression connectors. Use tools and dies recommended by connector manufacturer. Provide embossing die code or other standard method to make a visible indication that a connector has been adequately compressed on grounding conductor.

3.4 FIELD QUALITY CONTROL

A. Testing: Perform the following field quality-control testing:

1. After installing grounding system but before permanent electrical circuitry has been energized, test for compliance with requirements.
   a.

END OF SECTION 16060

SECTION 16120 - CONDUCTORS AND CABLES

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. This Section includes building wires and cables and associated connectors, splices, and terminations for wiring systems rated 600 V and less.

1.3 QUALITY ASSURANCE

A. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B. Comply with NFPA 70.

PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. In other Part 2 articles where subparagraph titles below introduce lists, the following requirements apply for product selection:

1. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the manufacturers specified.

2.2 CONDUCTORS AND CABLES

A. Available Manufacturers:

1. Alcan Aluminum Corporation; Alcan Cable Div.
2. American Insulated Wire Corp.; a Leviton Company.
3. General Cable Corporation.
4. Senator Wire & Cable Company.
5. Southwire Company.
6.

Property of the United States Government
Unclassified//For Official Use Only

B. Refer to Part 3 "Conductor and Insulation Applications" Article for insulation type, cable construction, and ratings.

C. Conductor Material: Copper complying with NEMA WC 5 or 7; solid conductor for No. 10 AWG and smaller, stranded for No. 8 AWG and larger.

D. Conductor Insulation Types: Type THHN-THWN complying with NEMA WC 5 or 7.

2.3 CONNECTORS AND SPLICES

A. AvailableManufacturers:

1. AFC Cable Systems, Inc.
2. AMP Incorporated/Tyco International.
3. Hubbell/Anderson.
4. O-Z/Gedney; EGS Electrical Group LLC.
5. 3M Company; Electrical Products Division.

B. Description: Factory-fabricated connectors and splices of size, ampacity rating, material, type, and class for application and service indicated.

PART 3 - EXECUTION

3.1 CONDUCTOR AND INSULATION APPLICATIONS

A. Exposed Feeders: Type THHN-THWN, single conductors in raceway.

B. Feeders Concealed in Ceilings, Walls, and Partitions: Type THHN-THWN, single conductors in raceway.

C. Exposed Branch Circuits, including in Crawlspaces: Type THHN-THWN, single conductors in raceway].

D. Branch Circuits Concealed in Ceilings, Walls, and Partitions: Type THHN-THWN, single conductors in raceway.

E. Fire Alarm Circuits: Power-limited, fire-protective, signaling circuit cable.

F. Class 1 Control Circuits: Type THHN-THWN, in raceway.

G. Class 2 Control Circuits: Type THHN-THWN, in raceway.

3.2 INSTALLATION

A. Conceal cables in finished walls, ceilings, and floors, unless otherwise indicated.

B. Use manufacturer-approved pulling compound or lubricant where necessary; compound used must not deteriorate conductor or insulation. Do not exceed manufacturer's recommended maximum pulling tensions and sidewall pressure values.

C. Use pulling means, including fish tape, cable, rope, and basket-weave wire/cable grips, that will not damage cables or raceway.

D. Install exposed cables parallel and perpendicular to surfaces of exposed structural members, and follow surface contours where possible.

E. Support cables according to Division 16 Section "Basic Electrical Materials and Methods."

F. Seal around cables penetrating fire-rated elements according to Division 7 Section "Through-Penetration Firestop Systems."

G. Identify and color-code conductors and cables according to Division 16 Section "Basic Electrical Materials and Methods."

3.3 CONNECTIONS

A. Tighten electrical connectors and terminals according to manufacturer's published torque-tightening values. If manufacturer's torque values are not indicated, use those specified in UL 486A and UL 486B.

B. Make splices and taps that are compatible with conductor material and that possess equivalent or better mechanical strength and insulation ratings than unspliced conductors.

C. Wiring at Outlets: Install conductor at each outlet, with at least 6 inches (150 mm) of slack.

3.4 FIELD QUALITY CONTROL

A. Testing: Perform the following field quality-control testing:

1. After installing conductors and cables and before electrical circuitry has been energized, test for compliance with requirements.
2. Perform each electrical test and visual and mechanical inspection stated in NETA ATS, Section 7.3.1. Certify compliance with test parameters.

END OF SECTION 16120

Property of the United States Government
Unclassified//For Official Use Only

SECTION 16130 - RACEWAYS AND BOXES

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. This Section includes raceways, fittings, boxes, enclosures, and cabinets for electrical wiring.

B. Related Sections include the following:
   1. Division 16 Section "Basic Electrical Materials and Methods" for supports, anchors, and identification products.
   2. Division 16 Section "Wiring Devices" for devices installed in boxes and for floor-box service fittings.

1.3 DEFINITIONS

A. EMT: Electrical metallic tubing.

B. FMC: Flexible metal conduit.

C. LFMC: Liquidtight flexible metal conduit.

1.4 SUBMITTALS

A. Product Data: For surface raceways, wireways and fittings, floor boxes, hinged-cover enclosures, and cabinets.

1.5 QUALITY ASSURANCE

A. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B. Comply with NFPA 70.

1.6 COORDINATION

A. Coordinate layout and installation of raceways, boxes, enclosures, cabinets, and suspension system with other construction that penetrates ceilings or is supported by them, including light fixtures, HVAC equipment, fire-suppression system, and partition assemblies.

PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. In other Part 2 articles where subparagraph titles below introduce lists, the following requirements apply for product selection:

1. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the manufacturers specified.

2.2 METAL CONDUIT AND TUBING

A. AvailableManufacturers:

1. AFC Cable Systems, Inc.
2. Alflex Inc.
3. Anamet Electrical, Inc.; Anaconda Metal Hose.
4. Electri-Flex Co.
5. Grinnell Co./Tyco International; Allied Tube and Conduit Div.
6. LTV Steel Tubular Products Company.
7. Manhattan/CDT/Cole-Flex.
8. O-Z Gedney; Unit of General Signal.
9. Wheatland Tube Co.

B. Rigid Steel Conduit: ANSI C80.1.

C. EMT and Fittings: ANSI C80.3.

1. Fittings: Set-screwtype.

D. FMC: Zinc-coated steel.

E. LFMC: Flexible steel conduit with PVC jacket.

F. Fittings: NEMA FB 1; compatible with conduit and tubing materials.

2.3 SURFACE RACEWAYS

A. Surface Metal Raceways: Galvanized steel with snap-on covers. Finish with manufacturer's standard prime coating.

1. Available Manufacturers:

a. Airey-Thompson Sentinel Lighting; Wiremold Company (The).
b. Thomas & Betts Corporation.
c. Walker Systems, Inc.; Wiremold Company (The).
d. Wiremold Company (The), Electrical Sales Division.

B. Types, sizes, and channels as indicated and required for each application, with fittings that match and mate with raceways

2.4 BOXES, ENCLOSURES, AND CABINETS

A. Available Manufacturers.

1. Cooper Crouse-Hinds; Div. of Cooper Industries, Inc.
2. Emerson/General Signal; Appleton Electric Company.
3. Erickson Electrical Equipment Co.
4. Hoffman.
5. Hubbell, Inc.; Killark Electric Manufacturing Co.
6. O-Z/Gedney; Unit of General Signal.
7. RACO; Division of Hubbell, Inc.
8. Robroy Industries, Inc.; Enclosure Division.
9. Scott Fetzer Co.; Adalet-PLM Division.
10. Spring City Electrical Manufacturing Co.
11. Thomas & Betts Corporation.
12. Walker Systems, Inc.; Wiremold Company (The).
13. Woodhead, Daniel Company; Woodhead Industries, Inc. Subsidiary.

B. Sheet Metal Outlet and Device Boxes: NEMA OS 1.

C. Small Sheet Metal Pull and Junction Boxes: NEMA OS 1.

D. Hinged-Cover Enclosures: NEMA 250, Type 1, with continuous hinge cover and flush latch.

1. Metal Enclosures: Steel, finished inside and out with manufacturer's standard enamel.

E. Cabinets: NEMA 250, Type 1, galvanized steel box with removable interior panel and removable front, finished inside and out with manufacturer's standard enamel. Hinged door in front cover with flush latch and concealed hinge. Key latch to match panelboards. Include metal barriers to separate wiring of different systems and voltage and include accessory feet where required for freestanding equipment.

2.5 FACTORY FINISHES

A. Finish: For raceway, enclosure, or cabinet components, provide manufacturer's standard color paint applied to factory-assembled surface raceways, enclosures, and cabinets before shipping.

PART 3 - EXECUTION

3.1 RACEWAY APPLICATION

A. Indoors:

1. Exposed: EMT.
2. Concealed: [EMT
3. Connection to Vibrating Equipment (Including Transformers and Hydraulic, Pneumatic, Electric Solenoid, or Motor-Driven Equipment): FMC; except use LFMC in damp or wet locations.
4. Damp or Wet Locations: Rigid steel conduit.
5. Boxes and Enclosures: NEMA 250, Type 1, except as follows:

   a. Damp or Wet Locations: NEMA 250, Type 3R, .

B. Minimum Raceway Size: 1/2-inch trade size (DN 16).

C. Raceway Fittings: Compatible with raceways and suitable for use and location.

3.2 INSTALLATION

A. Keep raceways at least 6 inches (150 mm) away from parallel runs of flues and steam or hot-water pipes. Install horizontal raceway runs above water and steam piping.

B. Complete raceway installation before starting conductor installation.

C. Support raceways as specified in Division 16 Section "Basic Electrical Materials and Methods."

D. Install temporary closures to prevent foreign matter from entering raceways.

E. Protect stub-ups from damage where conduits rise through floor slabs. Arrange so curved portions of bends are not visible above the finished slab.

F. Make bends and offsets so ID is not reduced. Keep legs of bends in the same plane and keep straight legs of offsets parallel, unless otherwise indicated.

G. Conceal conduit and EMT within finished walls, ceilings, and floors, unless otherwise indicated.

1. Install concealed raceways with a minimum of bends in the shortest practical distance, considering type of building construction and obstructions, unless otherwise indicated.

H. Install exposed raceways parallel or at right angles to nearby surfaces or structural members and follow surface contours as much as possible.

1. Run parallel or banked raceways together on common supports.
2. Make parallel bends in parallel or banked runs. Use factory elbows only where elbows can be installed parallel; otherwise, provide field bends for parallel raceways.

I. Join raceways with fittings designed and approved for that purpose and make joints tight.

1. Use insulating bushings to protect conductors.

J. Tighten set screws of threadless fittings with suitable tools.

K. Terminations:

1. Where raceways are terminated with locknuts and bushings, align raceways to enter squarely and install locknuts with dished part against box. Use two locknuts, one inside and one outside box.
2. Where raceways are terminated with threaded hubs, screw raceways or fittings tightly into hub so end bears against wire protection shoulder. Where chase nipples are used, align raceways so coupling is square to box; tighten chase nipple so no threads are exposed.

L. Install pull wires in empty raceways. Use polypropylene or monofilament plastic line with not less than 200-lb (90-kg) tensile strength. Leave at least 12 inches (300 mm) of slack at each end of pull wire.

M. Install raceway sealing fittings at suitable, approved, and accessible locations and fill them with UL-listed sealing compound. For concealed raceways, install each fitting in a flush steel box with a blank cover plate having a finish similar to that of adjacent plates or surfaces. Install raceway sealing fittings at the following points:

1. Where conduits pass from warm to cold locations, such as boundaries of refrigerated spaces.
2. Where otherwise required by NFPA 70.

N. Stub-up Connections: Extend conduits through concrete floor for connection to freestanding equipment. Install with an adjustable top or coupling threaded inside for plugs set flush with finished floor. Extend conductors to equipment with rigid steel conduit; FMC may be used 6 inches (150 mm) above the floor. Install screwdriver-operated, threaded plugs flush with floor for future equipment connections.

O. Flexible Connections: Use maximum of 72 inches (1830 mm) of flexible conduit for equipment subject to vibration, noise transmission, or movement; and for all motors. Use LFMC in damp or wet locations. Install separate ground conductor across flexible connections.

P. Surface Raceways: Install a separate, green, ground conductor in raceways from junction box supplying raceways to receptacle or fixture ground terminals.

Q. Install hinged-cover enclosures and cabinets plumb. Support at each corner.

3.3 PROTECTION

A. Provide final protection and maintain conditions that ensure coatings, finishes, and cabinets are without damage or deterioration at time of Substantial Completion.

1. Repair damage to galvanized finishes with zinc-rich paint recommended by manufacturer.

3.4 CLEANING

A. After completing installation of exposed, factory-finished raceways and boxes, inspect exposed finishes and repair damaged finishes.

END OF SECTION 16130

SECTION 16410 ENCLOSED SWITCHES AND CIRCUIT BREAKERS

PART 1 - GENERAL

1.1 RELATED DOCUMENTS

A. Drawings and general provisions of the Contract, including General and Supplementary Conditions and Division 1 Specification Sections, apply to this Section.

1.2 SUMMARY

A. This Section includes individually mounted enclosed switches and circuit breakers used for the following:
  1. Motor and equipment disconnecting means.

1.3 DEFINITIONS

A. GFCI: Ground-fault circuit interrupter.

B. RMS: Root mean square.

C. SPDT: Single pole, double throw.

1.4 SUBMITTALS

A. Product Data: For each type of switch, circuit breaker, accessory, and component indicated. Include dimensions and manufacturers' technical data on features, performance, electrical characteristics, ratings, and finishes.

1.5 QUALITY ASSURANCE

A. Electrical Components, Devices, and Accessories: Listed and labeled as defined in NFPA 70, Article 100, by a testing agency acceptable to authorities having jurisdiction, and marked for intended use.

B. Comply with NEMA AB 1 and NEMA KS 1.

C. Comply with NFPA 70.

1.6 PROJECT CONDITIONS

A. Environmental Limitations: Rate equipment for continuous operation under the following conditions, unless otherwise indicated:

1. Ambient Temperature: Not less than minus 22 deg F (minus 30 deg C) and not exceeding 104 deg F (40 deg C).
2. Altitude: Not exceeding 6600 feet (2000 m).

1.7 COORDINATION

A. Coordinate layout and installation of switches, circuit breakers, and components with other construction, including conduit, piping, equipment, and adjacent surfaces. Maintain required workspace clearances and required clearances for equipment access doors and panels.

PART 2 - PRODUCTS

2.1 MANUFACTURERS

A. Available Manufacturers: Subject to compliance with requirements, manufacturers offering products that may be incorporated into the Work include, but are not limited to, the following:

1. Fusible Switches:

    a. Eaton Corp.; Cutler-Hammer Products.
    b. General Electric Co.; Electrical Distribution & Control Division.
    c. Siemens Energy & Automation, Inc.
    d. Square D Co.

2. Molded-Case Circuit Breakers:

    a. Eaton Corp.; Cutler-Hammer Products.
    b. General Electric Co.; Electrical Distribution & Control Division.
    c. Klockner-Moeller.
    d. Siemens Energy & Automation, Inc.
    e. Square D Co.

3. Combination Circuit Breaker and Ground-Fault Trip:

    a. Eaton Corp.; Cutler-Hammer Products.
    b. General Electric Co.; Electrical Distribution & Control Division.
    c. Siemens Energy & Automation, Inc.
    d. Square D Co.

4. Molded-Case, Current-Limiting Circuit Breakers:

    a. Eaton Corp.; Cutler-Hammer Products.
    b. General Electric Co.; Electrical Distribution & Control Division.
    c. Siemens Energy & Automation, Inc.
    d. Square D Co.

5. Integrally Fused, Molded-Case Circuit Breakers:

    a. Eaton Corp.; Cutler-Hammer Products.

b. General Electric Co.; Electrical Distribution & Control Division.
c. Siemens Energy & Automation, Inc.
d. Square D Co.

2.2 ENCLOSED SWITCHES

A. Enclosed, Nonfusible Switch: NEMA KS 1, Type [GD] [HD], with lockable handle.

B. Enclosed, Fusible Switch, 800 A and Smaller: NEMA KS 1, Type HD, with clips to accommodate specified fuses, lockable handle with two padlocks, and interlocked with cover in closed position.

2.3 ENCLOSED CIRCUIT BREAKERS

A. Molded-Case Circuit Breaker: NEMA AB 1, with interrupting capacity to meet available fault currents.

1. Thermal-Magnetic Circuit Breakers: Inverse time-current element for low-level overloads, and instantaneous magnetic trip element for short circuits. Adjustable magnetic trip setting for circuit-breaker frame sizes 250 A and larger.
2. Adjustable Instantaneous-Trip Circuit Breakers: Magnetic trip element with front-mounted, field-adjustable trip setting.
3. Electronic Trip Unit Circuit Breakers: RMS sensing; field-replaceable rating plug, with the following field-adjustable settings:

a. Instantaneous trip.
b. Long- and short-time pickup levels.
c. Long- and short-time time adjustments.
d. Ground-fault pickup level, time delay, and $I^2t$ response.

4. Current-Limiting Circuit Breakers: Frame sizes 400 A and smaller; let-through ratings less than NEMA FU 1, RK-5.
5. Integrally Fused Circuit Breakers: Thermal-magnetic trip element with integral limiter-style fuse listed for use with circuit breaker; trip activation on fuse opening or on opening of fuse compartment door.
6. GFCI Circuit Breakers: Single- and two-pole configurations with 30-mA trip sensitivity.
7. Molded-Case Switch: Molded-case circuit breaker without trip units.

B. Molded-Case Circuit-Breaker Features and Accessories: Standard frame sizes, trip ratings, and number of poles.

1. Lugs: Compression style suitable for number, size, trip ratings, and material of conductors.
2. Application Listing: Appropriate for application; Type SWD for switching fluorescent lighting loads; Type HACR for heating, air-conditioning, and refrigerating equipment.
3. Ground-Fault Protection: Integrally mounted relay and trip unit with adjustable pickup and time-delay settings, push-to-test feature, and ground-fault indicator.
4. Shunt Trip: 120-V trip coil energized from separate circuit, set to trip at 75 percent of rated voltage.