# EXHIBIT C

Gill-Simpson, Inc.
Proposal No. 03271 Rev -0
September 15, 2003

# OPS 2A - 2B Fire Alarm System

PTN: 7291 & 7292

Maryland Procurement Office
9800 Savage Road
Fort George G. Meade, MD
20755-6604

| ID | Task Name |
|---|---|
| 1 | Mobilization |
| 2 | Riser 2B Layout |
| 3 | OPS 2B FA New Fit-Out |
| 4 | OPS 2B FA Riser |
| 5 | OPS 2B Basement |
| 6 | OPS 2B First Floor |
| 7 | OPS 2B Second Floor |
| 8 | OPS 2B Third Floor |
| 9 | OPS 2B Forth Floor |
| 10 | OPS 2B Fifth Floor |
| 11 | OPS 2B Sixth Floor |
| 12 | OPS 2B Seventh Floor |
| 13 | OPS 2B Eighth Floor |
| 14 | OPS 2B Penthouse |
| 15 | |
| 16 | OPS 2B FA Demolition |
| 17 | OPS 2B Basement |
| 18 | OPS 2B First Floor |
| 19 | OPS 2B Second Floor |
| 20 | OPS 2B Third Floor |
| 21 | OPS 2B Forth Floor |
| 22 | OPS 2B Fifth Floor |
| 23 | OPS 2B Sixth Floor |
| 24 | OPS 2B Seventh Floor |
| 25 | OPS 2B Eighth Floor |
| 26 | OPS 2B Penthouse |
| 27 | |
| 28 | OPS 2B Misc Work |
| 29 | Riser 2A Layout |
| 30 | OPS 2A New FA Fit-Out |
| 31 | OPS 2A FA Riser |
| 32 | OPS 2A Basement |
| 33 | OPS 2A First Floor |
| 34 | OPS 2A Second Floor |
| 35 | OPS 2A Third Floor |
| 36 | OPS 2A Forth Floor |
| 37 | OPS 2A Fifth Floor |
| 38 | OPS 2A Sixth Floor |
| 39 | OPS 2A Seventh Floor |
| 40 | OPS 2A Eighth Floor |
| 41 | OPS 2A Nineth Floor |
| 42 | OPS 2A Tenth Floor |
| 43 | OPS 2A Eleventh Floor |
| 44 | OPS 2A Penthouse |
| 45 | OPS 2A Roof |
| 46 | |
| 47 | OPS 2A FA Demolition |
| 48 | OPS 2A Basement |
| 49 | OPS 2A First Floor |
| 50 | OPS 2A Second Floor |
| 51 | OPS 2A Third Floor |
| 52 | OPS 2A Forth Floor |
| 53 | OPS 2A Fifth Floor |
| 54 | OPS 2A Sixth Floor |
| 55 | OPS 2A Seventh Floor |
| 56 | OPS 2A Eighth Floor |
| 57 | OPS 2A Nineth Floor |
| 58 | OPS 2A Tenth Floor |
| 59 | OPS 2A Eleventh Floor |
| 60 | OPS 2A Penthouse |
| 61 | OPS 2A Roof |
| 62 | |
| 63 | OPS 2A Misc Work |
| 64 | |
| 65 | Commissioning/Testing |




Project: 03271Schedule Rev -0
Date: Mon 12/8/03

Task
Split

Gill-Simpson, Inc.
Proposal No. 03271 Rev -0
September 19, 2003

# OPS 2A - 2B Fire Alarm System

PTN: 7291 & 7292

Maryland Procurement Office
9800 Savage Road
Fort George G. Meade, MD
20755-6804

| ID | Task Name |
|---|---|
| 1 | **Mobilization** |
| 2 | **Riser 2B Layout** |
| 3 | **OPS 2B FA New Fit-Out** |
| 4 | OPS 2B FA Riser |
| 5 | OPS 2B Basement |
| 6 | OPS 2B First Floor |
| 7 | OPS 2B Second Floor |
| 8 | OPS 2B Third Floor |
| 9 | OPS 2B Forth Floor |
| 10 | OPS 2B Fifth Floor |
| 11 | OPS 2B Sixth Floor |
| 12 | OPS 2B Seventh Floor |
| 13 | OPS 2B Eighth Floor |
| 14 | OPS 2B Penthouse |
| 15 | |
| 16 | **OPS 2B FA Demolition** |
| 17 | OPS 2B Basement |
| 18 | OPS 2B First Floor |
| 19 | OPS 2B Second Floor |
| 20 | OPS 2B Third Floor |
| 21 | OPS 2B Forth Floor |
| 22 | OPS 2B Fifth Floor |
| 23 | OPS 2B Sixth Floor |
| 24 | OPS 2B Seventh Floor |
| 25 | OPS 2B Eighth Floor |
| 26 | OPS 2B Penthouse |
| 27 | |
| 28 | **OPS 2B Misc Work** |
| 29 | **Riser 2A Layout** |
| 30 | **OPS 2A New FA Fit-Out** |
| 31 | OPS 2A FA Riser |
| 32 | OPS 2A Basement |
| 33 | OPS 2A First Floor |
| 34 | OPS 2A Second Floor |
| 35 | OPS 2A Third Floor |
| 36 | OPS 2A Forth Floor |
| 37 | OPS 2A Fifth Floor |
| 38 | OPS 2A Sixth Floor |
| 39 | OPS 2A Seventh Floor |
| 40 | OPS 2A Eighth Floor |
| 41 | OPS 2A Nineth Floor |
| 42 | OPS 2A Tenth Floor |
| 43 | OPS 2A Eleventh Floor |
| 44 | OPS 2A Penthouse |
| 45 | OPS 2A Roof |
| 46 | |
| 47 | **OPS 2A FA Demolition** |
| 48 | OPS 2A Basement |
| 49 | OPS 2A First Floor |
| 50 | OPS 2A Second Floor |
| 51 | OPS 2A Third Floor |
| 52 | OPS 2A Forth Floor |
| 53 | OPS 2A Fifth Floor |
| 54 | OPS 2A Sixth Floor |
| 55 | OPS 2A Seventh Floor |
| 56 | OPS 2A Eighth Floor |
| 57 | OPS 2A Nineth Floor |
| 58 | OPS 2A Tenth Floor |
| 59 | OPS 2A Eleventh Floor |
| 60 | OPS 2A Penthouse |
| 61 | OPS 2A Roof |
| 62 | |
| 63 | **OPS 2A Misc Work** |
| 64 | |
| 65 | **Commissioning/Testing** |




Project: 0327 I Schedule Rev -0
Date: Mon 12/8/03

Task · Split

Gill-Simpson, Inc.
Proposal No 03271 Rev.-0
September 19, 2003

# OPS 2A - 2B Fire Alarm System

PTN: 7291 & 7292

Maryland Procurement Office
9800 Savage Road
Fort George G. Meade, MD
20755-6604

| ID | Task Name |
|---|---|
| 1 | **Mobilization** |
| 2 | **Riser 2B Layout** |
| 3 | **OPS 2B FA New Fit-Out** |
| 4 | OPS 2B FA Riser |
| 5 | OPS 2B Basement |
| 6 | OPS 2B First Floor |
| 7 | OPS 2B Second Floor |
| 8 | OPS 2B Third Floor |
| 9 | OPS 2B Forth Floor |
| 10 | OPS 2B Fifth Floor |
| 11 | OPS 2B Sixth Floor |
| 12 | OPS 2B Seventh Floor |
| 13 | OPS 2B Eighth Floor |
| 14 | OPS 2B Penthouse |
| 15 | |
| 16 | **OPS 2B FA Demolition** |
| 17 | OPS 2B Basement |
| 18 | OPS 2B First Floor |
| 19 | OPS 2B Second Floor |
| 20 | OPS 2B Third Floor |
| 21 | OPS 2B Forth Floor |
| 22 | OPS 2B Fifth Floor |
| 23 | OPS 2B Sixth Floor |
| 24 | OPS 2B Seventh Floor |
| 25 | OPS 2B Eighth Floor |
| 26 | OPS 2B Penthouse |
| 27 | |
| 28 | **OPS 2B Misc Work** |
| 29 | **Riser 2A Layout** |
| 30 | **OPS 2A New FA Fit-Out** |
| 31 | OPS 2A FA Riser |
| 32 | OPS 2A Basement |
| 33 | OPS 2A First Floor |
| 34 | OPS 2A Second Floor |
| 35 | OPS 2A Third Floor |
| 36 | OPS 2A Forth Floor |
| 37 | OPS 2A Fifth Floor |
| 38 | OPS 2A Sixth Floor |
| 39 | OPS 2A Seventh Floor |
| 40 | OPS 2A Eighth Floor |
| 41 | OPS 2A Nineth Floor |
| 42 | OPS 2A Tenth Floor |
| 43 | OPS 2A Eleventh Floor |
| 44 | OPS 2A Penthouse |
| 45 | OPS 2A Roof |
| 46 | |
| 47 | **OPS 2A FA Demolition** |
| 48 | OPS 2A Basement |
| 49 | OPS 2A First Floor |
| 50 | OPS 2A Second Floor |
| 51 | OPS 2A Third Floor |
| 52 | OPS 2A Forth Floor |
| 53 | OPS 2A Fifth Floor |
| 54 | OPS 2A Sixth Floor |
| 55 | OPS 2A Seventh Floor |
| 56 | OPS 2A Eighth Floor |
| 57 | OPS 2A Nineth Floor |
| 58 | OPS 2A Tenth Floor |
| 59 | OPS 2A Eleventh Floor |
| 60 | OPS 2A Penthouse |
| 61 | OPS 2A Roof |
| 62 | |
| 63 | **OPS 2A Misc Work** |
| 64 | |
| 65 | **Commissioning/Testing** |




Project: 03271Schedule Rev.-0
Date: Mon 12/8/03

Task | Split

Gill-Simpson, Inc.
Proposal No. 03271 Rev. 0
September 19, 2003

# OPS 2A - 2B Fire Alarm System

PTN: 7281 & 7282

Maryland Procurement Office
9800 Savage Road
Fort George G. Meade, MD
20755-6604

| ID | Task Name |
|---|---|
| 1 | Mobilization |
| | Riser 2B Layout |
| | OPS 2B FA New Fit-Out |
| | OPS 2B FA Riser |
| | OPS 2B Basement |
| | OPS 2B First Floor |
| | OPS 2B Second Floor |
| | OPS 2B Third Floor |
| | OPS 2B Forth Floor |
| 10 | OPS 2B Fifth Floor |
| | OPS 2B Sixth Floor |
| 12 | OPS 2B Seventh Floor |
| 13 | OPS 2B Eighth Floor |
| | OPS 2B Penthouse |
| | OPS 2B FA Demolition |
| | OPS 2B Basement |
| | OPS 2B First Floor |
| | OPS 2B Second Floor |
| | OPS 2B Third Floor |
| | OPS 2B Forth Floor |
| | OPS 2B Fifth Floor |
| | OPS 2B Sixth Floor |
| | OPS 2B Seventh Floor |
| | OPS 2B Eighth Floor |
| | OPS 2B Penthouse |
| | OPS 2B Misc Work |
| 29 | Riser 2A Layout |
| 30 | OPS 2A New FA Fit-Out |
| 31 | OPS 2A FA Riser |
| | OPS 2A Basement |
| | OPS 2A First Floor |
| 34 | OPS 2A Second Floor |
| | OPS 2A Third Floor |
| | OPS 2A Forth Floor |
| | OPS 2A Fifth Floor |
| | OPS 2A Sixth Floor |
| | OPS 2A Seventh Floor |
| | OPS 2A Eighth Floor |
| | OPS 2A Nineth Floor |
| | OPS 2A Tenth Floor |
| 43 | OPS 2A Eleventh Floor |
| 44 | OPS 2A Penthouse |
| 45 | OPS 2A Roof |
| | OPS 2A FA Demolition |
| | OPS 2A Basement |
| | OPS 2A First Floor |
| 50 | OPS 2A Second Floor |
| | OPS 2A Third Floor |
| | OPS 2A Forth Floor |
| | OPS 2A Fifth Floor |
| | OPS 2A Sixth Floor |
| | OPS 2A Seventh Floor |
| | OPS 2A Eighth Floor |
| | OPS 2A Nineth Floor |
| | OPS 2A Tenth Floor |
| | OPS 2A Eleventh Floor |
| | OPS 2A Penthouse |
| 61 | OPS 2A Roof |
| | OPS 2A Misc Work |
| | Commissioning/Testing |




Project: 0327 I Schedule Rev -0
Date: Mon 12/8/03

Task | Split



Case 1:08-cv-00190-SGB Document 1-4 Filed 03/19/2008 Page 5 of 5