# EXHIBIT D

## OPS2A & OPS2B CHANGEOVER PLAN

1. Initail changeover of the manual pullstations and speaker/strobes will take place first as follows:
   A. The fire shop will take out all manual pullstation points from the existing Autocall Fire Alarm System.
   B. Once all points are verified to be nonactive by the fire shop Gill-Simpson will proceed with the install of all the new manual pullstations and speaker / strobes or migration of the existing speaker/ strobes which ever needs to be done pending floor progress.
   C. Each floor to be tested upon completion by Gill-Simpson and Siemens.
   D. Once all floors are completed and tested G/S and Siemens will test the building manual pullstations as a whole to test the partial evacuation flow.
   E. After completion of final testing the fire shop can proceed to put the initiating circuit for the existing Autocall System back online and verify that the system is OK.
   F. Initial changeover at this point is completed and verified by the Government.
2. Upon completion of the initial changeover that meet the requirements of the AHJ Gill-Simpson will Proceed to changeover the rest of the building on a floor by floor basis, doing a test upon completion of each floor and verified by the Government.
3. Upon completion of the whole building a final test will be completed and verified by the Government with the complete working system as a whole.

Notes:
1. OPS2B will be completed first in the order stated above.
2. Siemens will provide printouts of all testing and test procedures.

EXHIBIT D