# EXHIBIT E

1.1 WORK SEQUENCE (revised)

A. The Work shall be conducted as follows:

1. Installation of the new system backbone. The contractor shall install all equipment, wire and conduit required for a complete building fire alarm building backbone. This backbone shall consist of but not be limited to all controls required for firefighter service and communications. Additionally, all building evacuation speakers, strobe circuits, fireman's phones and manual stations circuited by floor shall be installed. This, as a minimum, shall allow for capabilities for the system to be manual activated at each egress or from the main fire alarm panel. Additionally, the ability for manual paging from the fire control panel, by floor or the entire building, shall be provided. This part of the system shall be demonstrated to and accepted by the AHJ prior to continuing to any subsequent phase. The new fire alarm system shall be connected to the campus fire alarm network and communicate to the campus fire alarm network command centers (NCC).
2. After initial acceptance of the new fire alarm system backbone, all subsequent acceptance tests will be performed after a complete floor has been installed and pre-tested and free of any faults or functional errors. Where required, coordination to interface with other trades or systems shall be preformed shall be the responsibility of the contractor. Each floor shall be accepted by the AHJ prior to the demolition of any device on that floor. This acceptance is to be considered a partial acceptance of the system only.
3. Full documentation reflecting all preliminary testing and additions to the building fire alarm panel configuration software shall be provided. The use of a U.L. listed compare program to indicate changes to the configuration software between each acceptance test is required.
4. Upon completion of the project, a complete building test of the entire system shall be demonstrated to the AHJ for final acceptance. At this time all warranty periods shall begin.

EXHIBIT

E