# EXHIBIT F

FedEx Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

October 10,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **790352824366.**

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | NSA<br>Fort Meade, MD 207556604 |
| **Signed for by:** | R.BORKOSKI | **Delivery date:** | Oct 9, 2007 09:37 |
| **Service type:** | Standard Box | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 790352824366 | **Ship date:** | Oct 5, 2007 |
| | | **Weight:** | 5.0 lbs. |

**Recipient:**
Mark Duvall
Maryland Procurement Office
9800 Savage Road
Fort Meade, MD 207556604 US

**Shipper:**
Kelly Daughtry
GILL-SIMPSON, INC
2834 LOCH RAVEN ROAD
BALTIMORE, MD 21218 US

**Reference**
office/Chris

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

EXHIBIT
F