# In the United States Court of Federal Claims

No. 08-190C
Filed: May 19, 2008

| | |
|---|---|
| GILL-SIMPSON, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On May 15, 2008 the Government filed an Unopposed Motion For A Stay Pursuant To 41 U.S.C. § 605(c)(5) to allow the Defense Contract Audit Agency to audit Plaintiff's claim and for the Contracting Officer render a decision. The Government's motion is granted, the case is stayed until September 15, 2008, and the Government will file a Status Report on or before September 15, 2008.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**