# In the United States Court of Federal Claims

No. 08-190C
Filed: September 9, 2008

```
***********************************
                                  *
GILL-SIMPSON, INC.,               *
                                  *
          Plaintiff,              *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant.              *
                                  *
***********************************
```

**ORDER**

On September 8, 2008 the Government filed an Unopposed Motion For An Extension Of The Stay Pursuant To 41 U.S.C. § 605(c)(5). The Government seeks an additional 71 days from September 15, 2008 for the Defense Contract Audit Agency to audit Plaintiff's claim and the Contracting Officer to render a decision. The Government's motion is granted, the case is stayed until November 25, 2008, and the Government will file a Status Report on or before November 25, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**